IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMY RACHEL, as Administratrix of the Estate of Gregory Rachel, deceased, | * * * | |
| Plaintifff, | * * | |
| V. | * * | CIVIL ACTION NO. 13-522-WS-M |
| CITY OF MOBILE, et al., | * * | |
| Defendants. | * | |

**RULE 26(a)(2) DISCLOSURE**

This disclosure is made by Lieutenant Edward Elia, who is named as a defendant in the above-styled action, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure.

1.  Defendant will present evidence and testimony from Lieutenant Elia under Federal Rules of Evidence 701, 702, 703, or 705. This disclosure is made pursuant to Rule 26(a)(2)(C).

Police Lieutenant Edward Elia, will testify in this action concerning the actions of the officers that responded to the emergency call involving Gregory and Amy Rachel. He will testify as to what occurred at the scene, what he observed while at the scene, and what he was told by the officers and others.

Lieutenant Elia will testify, based on his training and experience, and what occurred at the scene, that the tense, uncertain, and rapidly evolving circumstances at the scene involved an obviously unstable, aggressive, belligerent, threatening, and

dangerous person that was actively resisting arrest and that posed a demonstrated and continuing risk of danger and harm to the officers and others.  Lieutenant Elia will testify that these circumstances would have caused a reasonable and prudent officer to believe that force was necessary to subdue Gregory Rachel, that the force used was necessary and reasonable under the circumstances, that the force used was proportional to Gregory Rachel's active resistance and the threat that he posed to the officers and others, and that the use of force was lawful.  Lieutenant Elia will testify that the force used was objectively reasonable in light of the facts and circumstances that confronted him and the other officers.

Lieutenant Elia will testify that under the circumstances it was necessary to restrain Gregory Rachel, and that the manner in which Gregory Rachel was restrained was proportional to his active resistance and the threat that he posed to the officers and others.

2. Defendant will present testimony and evidence from Dr. Gary Vilke and Steven Ijames consistent with their opinions as disclosed by other defendants.

3. Defendant will present testimony and evidence from Chief of Police James Barber consistent with his opinions as disclosed by other defendants.

4. Defendant will present testimony and evidence from Dr. Staci Turner, Alabama Department of Forensic Science, consistent with her opinions as disclosed by other defendants.

/s/ JAMES B. ROSSLER
JAMES B. ROSSLER
P.O. Drawer 2164
Mobile, AL  36652
251-432-2300

CERTIFICATE OF SERVICE

  I hereby certify that on the 31st day of October, 2014, I electronically filed the foregoing **Rule 26(a)(2) Disclosure** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Erik S. Heninger
Heninger Garrison Davis LLC
2224 1st Avenue North
Post Office Box 11310
Birmingham, Alabama 35203

Michael D. Strasavich
Burr & Forman LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama 36602

Raymond L. Bell, Jr.
Jonathan B. Mabire
Bell Law Firm P.C.
P.O. Box 1932
Mobile, Alabama 36633

Mark A. Newell
Latisha Rhodes Davis
Armbrecht Jackson LLP
63 South Royal Street
1300 Riverview Plaza
Mobile, Alabama 36602

Thomas O. Gaillard, III
Satterwhite, Druhan, Gaillard & Tyler, LLC
1325 Dauphin Street
Mobile, Alabama 36604

James D. Brandyburg
The Brandyburg Firm, P.C.
51 Tacon Street
Suite D
Mobile, Alabama 36607

                /s/ James B. Rossler