# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AMY RACHEL, as Administratrix of the Estate of GREGORY RACHEL, Deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) ) | |
| v. ) ) ) | |
| **CITY OF MOBILE, ALABAMA; MICHAEL T. WILLIAMS, individually and in his official capacity as Chief of Police of the City of Mobile; CHRISTOPHER MCCANN; JOHN JACKSON; GERALD RIPPLE; and EDWARD ELIA,** ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. 1:13-CV-00522-WS-M** |
| **Defendants.** ) | |

## JOINT STATEMENT ON SETTLEMENT

COME NOW the parties to this action, by and through their respective undersigned counsel of record and in compliance with the Rule 16(b) Scheduling Order, and submit their assessments of the possibility of settlement of this cause, and state the following:

1.  The parties have concluded deposition discovery save for the deposition of one expert set February 2, 2015, but do not at this time see settlement of this action as probable.

22641002 v1

2. The parties will continue to assess their respective positions through the remaining pre-trial period of this action, including the upcoming dispositive motion period.

3. Should the parties feel that settlement prospects would be materially aided through mediation or through a settlement conference, the parties will promptly advise the Court.

Respectfully submitted,

*/s/ Erik S. Heninger*
by Michael D. Strasavich  with express permission
Erik S. Heninger           (ASB1186k46h)
Drew Haskins
Heninger Garrison Davis, LLC
2224 1st Avenue North
Post Office Box 11310 (35202)
Birmingham, Alabama  35203
*Attorneys for Plaintiff, Amy Rachel as Administratrix of the Estate of Gregory Rachel, Deceased*

*/s/ Michael D. Strasavich*
Michael D. Strasavich    (STRAM9557)
Betsy P. Collins              (COLLB9715)
Ricardo A. Woods         (WOODR1019)
Burr & Forman LLP
RSA Tower
11 North Water Street, Suite 22200
Mobile, Alabama  36602
*Attorneys for Defendant City of Mobile, Alabama*

*/s/ Raymond L. Bell, Jr.*
by Michael D. Strasavich with express permission
Raymond L. Bell, Jr.      (BELLR2024)
Jonathan B. Mabire        (MABIJ4331)
Bell Law Firm, P.C.
Post Office Box 1932
Mobile, Alabama  36633-1932
*Attorneys for Defendant, Michael T. Williams*

*/s/ Latisha Rhodes Davis*
by Michael D. Strasavich with express permission
Latisha Rhodes Davis     (RHODL6152)
Mark A. Newell              (NEWEM3180)
Armbrecht Jackson LLP
63 South Royal Street, Suite 1300
Mobile, Alabama  36602
*Attorneys for Defendant, Christopher McCann*

*/s/ James D. Brandyburg*
*by Michael D. Strasavich  with express permission*
James D. Brandyburg     (BRANJ3378)
The Brandyburg Firm, P.C.
51 Tacon Street, Suite D
Mobile, Alabama  36607
*Attorney for Defendant, John Jackson*

*/s/ Thomas O. Gaillard III*
*by Michael D. Strasavich  with express permission*
Thomas O. Gaillard, III    (GAILT9459)
Satterwhite, Druhan, Gaillard & Tyler, LLC
1325 Dauphin Street
Mobile, Alabama 36604
*Attorneys for Defendant, Gerald Ripple*

*/s/ James B. Rossler*
*by Michael D. Strasavich  with express permission*
James B. Rossler
Post Office Drawer 2164
Mobile, Alabama 36652
*Attorney for Defendant, Edward Elia*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 23rd day of January, 2015:

Erik S. Heninger, Esquire
Drew Haskins, IV, Esquire
Heninger Garrison Davis, LLC
2224 1st Avenue North
Post Office Box 11310 (35202)
Birmingham, Alabama  35203
*Attorneys for Plaintiff, Amy Rachel as Administratrix of the Estate of Gregory Rachel, Deceased*

Henry Brewster, Esquire
Henry Brewster, LLC
205 N. Conception Street
Mobile, Alabama 36603
*Attorney for Plaintiff, Amy Rachel as Administratrix of the Estate of Gregory D. Rachel, Deceased*

Raymond L. Bell, Jr. Esquire
Jonathan B. Mabire, Esquire
Bell Law Firm, P.C.
Post Office Box 1932
Mobile, Alabama  36633-1932
*Attorneys for Defendant, Michael T. Williams*

Latisha Rhodes Davis, Esquire
Mark A. Newell, Esquire
Armbrecht Jackson LLP
63 South Royal Street
1300 Riverview Plaza
Mobile, Alabama  36602
*Attorneys for Defendant, Christopher McCann*

James B. Rossler, Esquire
Post Office Drawer 2164
Mobile, Alabama 36652
*Attorney for Defendant, Edward Elia*

Thomas O. Gaillard, III, Esquire
Satterwhite, Druhan, Gaillard & Tyler, LLC
1325 Dauphin Street
Mobile, Alabama 36604
*Attorneys for Defendant, Gerald Ripple*

James D. Brandyburg, Esquire
The Brandyburg Firm, P.C.
51 Tacon Street, Suite D
Mobile, Alabama  36607
*Attorney for Defendant, John Jackson*

             /s/ Michael D. Strasavich
             OF COUNSEL

22641002 v1             4