IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY RACHEL, etc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0522-WS-M |
| | ) |
| CITY OF MOBILE, ALABAMA, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

For the reasons set forth therein, the plaintiff's motion for extension of time, (Doc. 143), is **granted**. The plaintiff is **ordered** to file and serve her response to the defendants' motions for summary judgment on or before **March 9, 2015**. The defendants are **ordered** to file and serve any reply on or before **March 23, 2015**. The Court will take the motions for summary judgment under submission on March 23, 2015.

DONE and ORDERED this 6th day of March, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE