IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMY RACHEL, as Administratrix of the Estate of GREGORY RACHEL, deceased;

Plaintiff,

vs.

CITY OF MOBILE, ALABAMA; MICHAEL T. WILLIAMS, individually and in his official capacity as Chief of Police of the City of Mobile;

Defendants.

Civil Action No. 1:13-00522

**NOTICE OF FILING OF EVIDENTIARY MATERIAL IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT FILED BY CHRISTOPHER MCCANN, JOHN JACKSON, JERALD RIPPLE, AND THE CITY OF MOBILE, ALABAMA**

COMES NOW the Plaintiff, by and through undersigned counsel in the above-styled cause, and gives notice of filing the following evidence in support of her Response to the Motions for Summary Judgment Filed by Christopher McCann, John Jackson, Jerald Ripple, and the City of Mobile, Alabama filed contemporaneously herewith:

**Exhibit A** - Excerpts from Deposition of Amy Fresh (pages 19, 23-24, 48-52, 97, 100-101, 103-105, 128-129, 134-141, 166-168)

**Exhibit B** - Statement of Kristie Adams

**Exhibit C** - Excerpts from Deposition of Christopher McCann (pages 11-12, 30, 35-36, 41-44, 46, 48-49, 53-54, 56-57, 60-63, 71-72, 77-79, 82, 85, 106-107, 109, 111, 114, 137-139, 141-145, 148-154, 157, 159-160, 163-164, 169, 171-175, 181-185, 187-188, 196, 198, 201-202, 227-228, 231, 237-238, 242-246, 252-255, 258-259, 263, 273, 277-280, 282-289, 292-293, 299-301)

**Exhibit D** - Excerpts from Deposition of John Jackson (pages 15-16, 26, 28-30, 32-34, 38, 43-44, 58-60, 65, 70-80, 83-86, 90-92, 96-98, 104-107)

**Exhibit E** - Statement of Christopher McCann

**Exhibit F** - Affidavit of Officer Jerald Ripple

**Exhibit G** - Excerpts from Deposition of Lamar Dixon (pages 22-24, 39, 52, 55-57, 64, 66, 75, 117-118, 121-122)

**Exhibit H** - Declaration of Tiffany Brown

**Exhibit I** - Declaration of Andrew Brown

**Exhibit J** - Excerpts from Deposition of Jerald Ripple (pages 8, 16-20, 27-28, 30, 35-36, 44, 47-49, 54-55, 57-59, 61-62)

**Exhibit K** - Excerpts from Deposition of Edward Elia (pages 24-25, 29, 33-34, 36-38, 43-46)

**Exhibit L** - MPD General Order 1.3.5, Medical Aid

**Exhibit M** - Declaration of Nicole Phillips

**Exhibit N** - Declaration of Patrick Phillips

**Exhibit O** - Excerpts from Deposition of Dr. Carl Adams (pages 222, 235)

**Exhibit P** - Death Certificate of Gregory Rachel

**Exhibit Q** - Report of Autopsy of Gregory Rachel

**Exhibit R** - MPD Policy MO 2011-03

Exhibit S - [blank - omission made in error]

**Exhibit T** - Opinion of Dr. George Kirkham via letter of September 29, 2014

**Exhibit U** - Excerpts from Deposition of Dr. George Kirkham (pages 77, 79-80, 91-93, 95-96, 98-99, 102-103, 108-113, 119, 123, 125-126, 134, 138-140, 142, 144-150, 157-159, 164-166, 168, 170-171, 173-174, 177-179, 182-184, 190-191, 218, 221, 225-226, 229-230, 263-264)

**Exhibit V** - Declaration of Dr. George Kirkham

**Exhibit W** - Declaration of Amy Fresh (with pictures)

Respectfully Submitted this the 9th day of March, 2015.

/s/ Erik S. Heninger
ERIK S. HENINGER (ASB1189k46h)
DREW HASKINS, IV (HASKD5855)
Attorneys for Plaintiff

*Of Counsel:*
HENINGER GARRISON DAVIS, LLC
2224 1ST Avenue North
Post Office Box 11310 (35202)
Birmingham, Alabama 35203
205-326-3336 (phone)
205-380-8080 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2015, the foregoing document(s) was filed with the Court using the Court's electronic filing system and/or mailed via U.S. Mail, postage pre-paid, to the following party or parties of interest or record:

James D. Brandyburg
*Counsel for John Jackson*
The Brandyburg Firm, P.C.
51 Tacon Street, Suite D
Mobile, AL 36607

Mark A. Newell
Latisha Rhodes Davis
*Counsel for Christopher McCann*
ARMBRECHT JACKSON LLP
63 South Royal Street
1300 Riverview Plaza
Mobile, AL 36602

James B. Rossler
*Counsel for Edward Elia*
P. O. Drawer 2164
Mobile, AL 36652

Michael D. Strasavich
Betsy Collins
*Counsel for City of Mobile*
BURR & FORMAN, LLP
RSA Tower, Suite 22200
11 North Water Street
Mobile, AL 36602

Henry Brewster
*Co-Counsel for Plaintiff*
Henry Brewster, LLC
205 N. Conception Street
Mobile, AL 36603

Thomas O. Gaillard, II
*Counsel for Gerald Ripple*
SATTERWHITE, DRUHAN,
GAILLARD & TYLER, LLC
1325 Dauphin Street
Mobile, AL 36604

/s/ Erik S. Heninger
ERIK S. HENINGER
Attorney for Plaintiff