# EXHIBIT "A"

## AMY RACHEL FRESH

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMY RACHEL, as Administratrix      *
of the Estate of GREGORY RACHEL,*
Deceased,                          *
                                   *
          Plaintiff,               *
                                   *
vs.                                *   CASE NUMBER:
                                   *   1:13-CV-00522-WS-M
CITY OF MOBILE, ALABAMA,           *
et al.,                            *
                                   *
          Defendants.              *

    The video deposition of AMY RACHEL FRESH was
taken before Patsy C. Poteat, CCR, as Commissioner,
on December 16, 2014, by the Defendant City of
Mobile, Alabama, commencing at 12:03 p.m., at
the law offices of Burr & Forman, LLP, located at 11
North Water Street, Suite 22200, Mobile, Alabama.

**AMY RACHEL FRESH**

| | | |
|---|---|---|
| 1 | Q | Okay.  So previously you were married to |
| 2 | | Gregory Rachel; right? |
| 3 | A | Yes. |
| 4 | Q | What year did you all get married? |
| 5 | A | In -- Gosh.  '02. |
| 6 | Q | 2002? |
| 7 | A | Yes, ma'am.  I think.  I -- |
| 8 | Q | Was it May 1, 2002? |
| 9 | A | Yes.  Yes. |
| 10 | Q | And were either of you married before? |
| 11 | A | No. |
| 12 | Q | But he had a child? |
| 13 | A | He did. |
| 14 | Q | Okay.  And what was that child's name? |
| 15 | A | Her name is Brittany Wolf. |
| 16 | Q | Is she married? |
| 17 | A | No, ma'am. |
| 18 | Q | Okay.  She lives in Mobile? |
| 19 | A | Yes. |
| 20 | Q | Do -- Does her mother live in Mobile? |
| 21 | A | Yes. |
| 22 | Q | And what's her name? |
| 23 | A | Her mother's name is Laura Warner. |
| 24 | Q | Does she have a stepfather? |
| 25 | A | Yes. |

**AMY RACHEL FRESH**

| | | |
|---|---|---|
| 1 | Q | When he drank, what would he drink? |
| 2 | A | Beer. |
| 3 | Q | Did he ever have any treatment by a |
| 4 | | psychologist or a psychiatrist? |
| 5 | A | No, ma'am. |
| 6 | Q | Did he ever go to counseling, to your |
| 7 | | knowledge? |
| 8 | A | No, ma'am. |
| 9 | Q | Did y'all ever have marital counseling? |
| 10 | A | No, we didn't. |
| 11 | Q | Did he have any illnesses that you know about? |
| 12 | A | No. |
| 13 | Q | Did he have high blood pressure? |
| 14 | A | Um-hum.  Yes, he did. |
| 15 | Q | Okay.  And what did he take for high blood |
| 16 | | pressure; do you remember? |
| 17 | A | No, ma'am, I can't recall. |
| 18 | Q | Where did he work? |
| 19 | A | He worked at Bob's Towing and Gas. |
| 20 | Q | And how long had he worked there? |
| 21 | A | All of his life.  Probably 30 plus years. |
| 22 | Q | And that was a business he owned with his |
| 23 | | father? |
| 24 | A | Yes, ma'am. |
| 25 | Q | Now, were they having any kind of financial |

**AMY RACHEL FRESH**

```
 1        up about the house when he came home.
 2   Q    Okay.
 3   A    I know -- I'm sure the girls were asleep,
 4        though.
 5   Q    In your bed, though?
 6   A    Yes, ma'am, in my bed.
 7   Q    Okay.  So, if you would, tell me, as best you
 8        can recall, what transpired from the time he
 9        got home.
10   A    When Greg got home, he was -- seemed very
11        confused and agitated.  And I kept asking him,
12        you know, where he had been and what was
13        wrong.  And he just -- He was taking deep
14        breaths and real anxious.  He just seemed real
15        anxious.  And he would sit at the computer
16        desk and he would lay on the couch, and he was
17        just taking deep breaths.  And he wouldn't
18        answer me where he had been.
19             And he had his phone.  And I finally
20        asked him, "Who are you talking to?"  And he
21        said, "The police."  And, of course, I was
22        like -- That just threw me for a major loop.
23        I'm like, "Why are you talking to the police?"
24        And he wasn't answering my questions.  So he
25        handed me the phone.  He said, "Here, you hold
```

**AMY RACHEL FRESH**

1   for them."  And there was no one on the phone.

2   So I just -- But it looked like it was an

3   active phone call.  So I just hit "end."

4       And just trying -- I just continued to

5   try to find out where he had been.  He was

6   just not acting himself.  And he told me, you

7   know, he felt better now that he was home and

8   to let him lie down; that he feels better now

9   that he's home.

10      And I'm continuing to ask him, you know,

11  "Where have you been?  What's wrong with you?"

12  And I never could get him to answer my

13  questions.  He did tell me at one point, you

14  know, that we would talk about it in the

15  morning.  And so I don't know how long that

16  went on.  But I eventually just let him go

17  ahead and lay down and go to sleep.

18      So I did, too.  I went and laid down and

19  went to sleep.  Well, I went and laid in my

20  bed.  And I'm still very concerned, because I

21  just didn't know what was wrong with him.  So

22  I decided to start kind of -- I started to

23  text him to see if I could just get some kind

24  of information from him that way.  And I can't

25  remember the exact exchange of text.  But I

AMY RACHEL FRESH

1    ended up going to sleep.  I don't know if he

2    did or not.  I know he was laying in the bed.

3         And then at 3 a.m. -- Around 3 a.m. is

4    whenever I noticed that he was up.  He was

5    walking around in the house, I could tell.  So

6    I got up and kind of, you know, snuck down the

7    hallway to see what he was doing.  And I think

8    maybe -- I think he was coming back like maybe

9    down the hallway at one point.  So I went and

10   laid back down.  I didn't want him to know I

11   was up, you know, checking on him.

12        He laid by the bed -- Well, he didn't lay

13   by the bed.  He kneeled down by the bed.  Kind

14   of had his arms up on the bed.  And I talked

15   to him at that point.  And I said, you know,

16   "What can I do for you?  What's wrong?"  But

17   he -- He didn't answer.

18        He walked back into the kitchen area.  So

19   I followed him this time.  He was sitting on

20   the couch.  And I grabbed his head.  I was

21   standing in front of him and pulled his head

22   into my chest and rubbed his head and telling

23   him everything is going to be okay.  And he

24   just started telling me I needed to protect

25   myself.  And I asked him, you know, what did I

**AMY RACHEL FRESH**

1     need to protect myself from?  And he had that

2     piece of paper.  And he walked in the kitchen.

3     He was just real agitated.  And he tore off

4     that piece of paper and he put it in his

5     mouth.  And he was still, you know, telling me

6     I need to protect myself.  And he just -- He

7     wasn't answering any of my questions.  I

8     couldn't just -- I couldn't talk to him.

9         So I was nervous.  Because I didn't know

10    why he was acting this way.  So I told him to

11    get his key -- I said, you know, "If you want

12    to protect yourself, why don't you get your

13    keys and go?"  I just wanted him to kind of

14    go.  Because I didn't know what to do.  I

15    didn't know what to do.

16        So at that point I started back down the

17    hallway.  And that's when he grabbed me by my

18    face.  And we -- I fell to the ground in the

19    hall -- I fell in the hallway.  And he was --

20    He had my face -- squeezing my face.  And I

21    had my hand on his face.  And he was just, you

22    know, grabbing my face and trying to turn my

23    head.

24        And at this point, my kids had woke up

25    and they were yelling for daddy to stop.  And

## AMY RACHEL FRESH

```
 1          I -- I just -- I started talking to Greg.  I
 2          said, "Please stop.  I'm your wife and these
 3          are your kids."  And he got up and he walked
 4          away from me.  And then that's when we ran out
 5          the door and went to the neighbors.
 6    Q     Okay.  Do you want to take a break right now?
 7    A     Sure.
 8    Q     Okay.
 9               THE VIDEOGRAPHER:
10                   We're off the record.  The time is
11                   12:53.
12                   (A short break was taken.)
13               THE VIDEOGRAPHER:
14                   We're now back on the record.  The
15                   time is 1:07 p.m.
16    BY MS. COLLINS:
17    Q     Okay.  Mrs. Fresh, I want to go back over some
18          of what we just talked about.  But I want to
19          give us some things that may help us a little
20          bit first.
21
22                   (Exhibit Number 1 was marked for
23                       identification.)
24
25    Q     Let me show you what I have marked as Exhibit
```

**AMY RACHEL FRESH**

```
 1        was?
 2   A    I wasn't -- I was just concerned.  I was
 3        worried.  I wasn't like furious.  I wasn't
 4        going to start acting crazy when he got there.
 5        But I just was really concerned and worried
 6        about where he was, where he had been, and why
 7        he hadn't answered me.  No, I wasn't -- I
 8        wasn't fuming.
 9   Q    Okay.  Were you able to go to sleep?
10   A    No.
11   Q    Okay.  So is it fair to say that you were
12        awake when he got home?
13   A    It's fair to say that, yes.
14   Q    Okay.  So what's the first thing that happened
15        when he walked through the door?
16   A    Whenever he got home, I started asking him
17        where he had been.  And he was acting, you
18        know, not himself.  And I just tried to make
19        -- tried to reason -- just trying to figure
20        out what -- what was going on with him.  He
21        couldn't tell me where he had been.  He said
22        he felt better now that he was home.  You
23        know, "Let me lay down.  We'll talk about it
24        in the morning."  And he was breathing
25        heavily, and he was going from that chair at
```

**AMY RACHEL FRESH**

1          here.  (Indicating.)  Because this is where

2          the computer desk is and that sofa.  And, you

3          know, that's when I just noticed he wasn't

4          acting himself.

5     Q    Okay.  And let me back up one second.

6     A    Okay.

7     Q    The sofa where you were comforting him, was

8          that in the family room?

9     A    That's correct.

10    Q    Okay.  But while you were talking to him, he

11         was from the computer --

12    A    Yes.

13    Q    -- to the sofa in the living room?

14    A    Right.

15    Q    Okay.  Draw number --

16    A    The family room, that was at three o'clock in

17         the morning.

18    Q    Okay.

19    A    This is when he got home at nine o'clock.

20    Q    Okay.  So put a number "4" in that living room

21         where --

22    A    Here?

23    Q    Yeah.  Yeah.

24    A    (Witness complies.)

25    Q    Okay.  Now, when you first saw him, he was on

**AMY RACHEL FRESH**

1          the phone?

2    A     Yes, he had his phone up, yeah, to his ear.

3    Q     And he told you he was talking to the police?

4    A     Yes.

5    Q     And he gave the phone to you?

6    A     He -- after -- after a little bit of time had

7          passed, he finally handed me the phone and he

8          said, "Here, you talk to them."

9    Q     And it was an active call, but there was

10         nobody on it?

11   A     That's right.  I remember it was like 55

12         minutes was on the phone.

13   Q     And you ended the call?

14   A     Um-hum.

15   Q     Yes?

16   A     Yes.

17   Q     Why did you end the call?

18   A     Nobody was on the phone.

19   Q     Okay.  So you couldn't tell whether it was on

20         hold or --

21   A     I waited, you know, maybe 15, 20, 30 seconds

22         to see if anyone would pick up.  I didn't

23         recognize the number.  I just finally hung up.

24         Yeah, ended the phone call.

25   Q     When you ever got that phone back or when you

**AMY RACHEL FRESH**

1   Q   All right.  So you don't know whether he did

2       or didn't talk to Greg that night?

3   A   I heard that they had -- that they did talk on

4       the phone, yes.

5   Q   Okay.  You heard that they did?

6   A   I heard that they talked, yes.

7   Q   Okay.  And you don't know if that was the

8       55-minute call or what?

9   A   No, ma'am.

10  Q   Okay.  All right.  So after -- after you hit

11      "end" on the call, then what happened?

12  A   I continued to ask him, you know, where he had

13      been; you know, why was he acting strangely?

14      I had asked him, you know, had he been

15      drinking, had he been taking any drugs?  Where

16      have you been, what's going on?  He swore, you

17      know, no, I've not been drinking; no, I've not

18      taken anything.  I feel better now that I'm

19      home.  Just let me rest.  And that just

20      continued until I finally just kind of let --

21      I kind of let it go and decided --

22  Q   How did his voice sound?

23  A   He was -- He was excited and he was taking

24      deep breaths.  He wasn't calmly, like, "No,

25      everything is fine."  It was -- He was

**AMY RACHEL FRESH**

| | | |
|---|---|---|
| 1 | | agitated and just -- he was -- I don't know. |
| 2 | | It was different. |
| 3 | Q | And you had never seen him like that before? |
| 4 | A | I had never seen him like that before. |
| 5 | Q | Was his speech slurred? |
| 6 | A | No, it wasn't. |
| 7 | Q | Okay.  What made you think that maybe he had |
| 8 | | been drinking? |
| 9 | A | Just his behavior.  I've never seen him in |
| 10 | | that manner, ever, before. |
| 11 | Q | Okay.  Do you need -- |
| 12 | A | I'm good. |
| 13 | Q | Okay.  Okay.  So at what point did you decide |
| 14 | | to go back to your room? |
| 15 | A | I just -- I never really could get him to give |
| 16 | | me any sensible, you know, explanation.  He |
| 17 | | said we would talk about it in the morning. |
| 18 | | And so I just decided to not push anything any |
| 19 | | further, and I went to bed.  And he went and |
| 20 | | laid down in Brooke's room. |
| 21 | Q | Did he touch you at all during that time that |
| 22 | | y'all were talking when he first came home? |
| 23 | A | Not that I remember. |
| 24 | Q | Okay.  And you said he had never hurt you |
| 25 | | physically before that night; right? |

**AMY RACHEL FRESH**

| | | |
|---|---|---|
| 1 | A | Never.  No, ma'am. |
| 2 | Q | Okay.  So how would you best describe how you |
| 3 | | felt?  Alarmed? |
| 4 | A | I was scared.  Yeah, I was alarmed.  I was |
| 5 | | confused. |
| 6 | Q | Were you scared of him, or scared for him? |
| 7 | A | Both.  I was scared of his behavior.  I just |
| 8 | | wanted to try to help him.  You know, I didn't |
| 9 | | know. |
| 10 | Q | So when you each went into the respective |
| 11 | | bedrooms, could you see him -- |
| 12 | A | Yes. |
| 13 | Q | -- from where you were? |
| 14 | A | Yes. |
| 15 | Q | So you had a direct line of vision? |
| 16 | A | Yes.  I saw him laying -- I saw him laying in |
| 17 | | the bed. |
| 18 | Q | And you all continued to text? |
| 19 | A | I started -- I said maybe -- maybe if I text |
| 20 | | him, I can get some kind of an explanation. |
| 21 | | But -- So, yeah, we started texting.  I can't |
| 22 | | recall exactly the text.  I don't know the |
| 23 | | exact -- I don't know exactly what the text |
| 24 | | messages said.  I can't just tell you right |
| 25 | | now like what they said exactly. |

AMY RACHEL FRESH

```
 1        you?
 2             MR. HASKINS:
 3                  Object to the form.
 4   A    No.  No.  They would ask, you know, "What was
 5        wrong with daddy?"  But that's it.
 6   Q    Okay.  Now, I want to talk a little bit about
 7        what happened after you managed to get away
 8        from Greg that night.
 9   A    Okay.
10   Q    You have somewhere there, I think it was maybe
11        Number 1 or 2 -- Yeah, that.
12   A    Okay.
13   Q    Okay.  Can you take your Sharpie on Exhibit 1
14        and kind of draw the path that you took out of
15        the house that night and where you went?
16   A    Okay.  (Witness complies.)
17   Q    Okay.  So you went out of the back of your
18        house, out the bedroom door, and across
19        Plantation Court to the driveway and the side
20        of your neighbor's house; right?
21   A    Um-hum.
22   Q    Which is number "2" on that picture?
23   A    Yes, ma'am.
24   Q    Okay.  Now, what happened from that point?
25   A    I knocked on their side window to wake them
```

**AMY RACHEL FRESH**

```
 1          up.  And they woke up and they let me in the
 2          front door.
 3   Q      Okay.  So then you went back around to the
 4          front?
 5   A      Yes, I went back into the front door, yes,
 6          ma'am.
 7   Q      Okay.  Were you knocking on a window?
 8   A      Yes.
 9   Q      Okay.  All right.  And so once you were
10          inside, what happened?
11   A      I told them that my husband had attacked me
12          and he was out of his mind and I needed them
13          to call 911 for help.  And she did that.
14   Q      Okay.  Let me ask you this, Mrs. Fresh.  I
15          know this is a very difficult topic for you to
16          talk about.  But you've been upset a little
17          bit as we've gone along.  As a general rule in
18          your life, are you an emotional person, are
19          you --
20   A      No.
21   Q      No?  Okay.  So are you usually calm?
22   A      Yes.
23   Q      Okay.  That night, how would you describe your
24          state of mind?
25   A      I was just -- I was confused.  I was in shock.
```

**AMY RACHEL FRESH**

```
 1            have kind of seen each other.  I can't
 2            remember if I was standing or sitting down.  I
 3            don't remember those things.
 4     Q      Okay.  So you had some injuries; right?
 5     A      My -- Yes, I did.
 6     Q      Okay.  When you went in over there, did Linda
 7            or Christy look at your injuries with you at
 8            all?
 9     A      Huh-uh.  No.
10     Q      Did they give you anything?  Anything to drink
11            or --
12     A      No, I can't recall that they did.
13     Q      Okay.  Now, when the police came in, what did
14            they say to you?
15     A      They asked me what had happened.  And I told
16            them my husband had attacked me, and he was
17            out of his mind.  I, you know, didn't know
18            what was going on.  And they just asked if
19            they could enter my home, and I said yes.  And
20            they asked did we have any guns in the house,
21            and I said no.
22     Q      Now, were you still upset at that point?
23     A      Yes.
24     Q      Okay.  Were you still trembling?
25     A      I'm sure that I was.
```

**AMY RACHEL FRESH**

| | | |
|---|---|---|
| 1 | | them.  I saw the officers go into my house and |
| 2 | | I saw Greg come out of the house.  And he came |
| 3 | | out of the front door.  He had his hands in |
| 4 | | the air and he was yelling.  And that -- At |
| 5 | | that point, I just -- I asked my parents to |
| 6 | | take me and my kids away from there.  Because |
| 7 | | I didn't want me or the girls to see -- You |
| 8 | | know, I didn't want us to see any more. |
| 9 | Q | What was he yelling? |
| 10 | A | I don't know. |
| 11 | Q | Could you understand him then? |
| 12 | A | I couldn't understand him, no, ma'am. |
| 13 | Q | Was he loud? |
| 14 | A | He was yelling. |
| 15 | Q | How did -- How did the sound of his voice at |
| 16 | | that point compare to what it was when you |
| 17 | | fled the house? |
| 18 | | MR. HASKINS: |
| 19 | | Object to the form. |
| 20 | A | I mean, he was outside, so he was yelling -- I |
| 21 | | mean, he was yelling louder.  He wasn't |
| 22 | | yelling like that inside the home earlier. |
| 23 | Q | Were you scared when you saw him come out of |
| 24 | | the house? |
| 25 | A | Yes. |

AMY RACHEL FRESH

141

| | | |
|---|---|---|
| 1 | Q | What scared you? |
| 2 | A | His behavior.  What's happening to my husband? |
| 3 | | Why is he -- Why is he doing this? |
| 4 | Q | How did his voice sound when he came out and |
| 5 | | was yelling? |
| 6 | A | I don't know. |
| 7 | Q | Did he sound angry? |
| 8 | A | Just -- He was just yelling real loud at the |
| 9 | | -- you know, I don't know.  It wasn't -- No, |
| 10 | | he didn't sound angry.  He just was yelling |
| 11 | | nonsense.  I don't know. |
| 12 | Q | What was he doing with his hands? |
| 13 | A | He just -- He had them raised in the air, |
| 14 | | yelling up to the sky when he came outside. |
| 15 | Q | Was he yelling at the police officers or just |
| 16 | | yelling? |
| 17 | | MR. HASKINS: |
| 18 | | Object to the form. |
| 19 | A | He was just yelling at -- just yelling out |
| 20 | | loud up to the sky.  I'm not sure. |
| 21 | Q | And did he have anything in his hands? |
| 22 | A | No, ma'am. |
| 23 | Q | Do you know how his cell phone ended up in the |
| 24 | | yard? |
| 25 | A | I don't.  I heard that he threw it across the |

**AMY RACHEL FRESH**

```
1          for you.  And I know that you weren't present
2          at the time this call was made.  But I want to
3          make sure that you can identify this person as
4          Greg.  Okay?
5     A    Okay.
6     Q    All right.  This call was identified and
7          produced as City 00445, recorded on 1 May 2012
8          at 3:11:56.
9               (Recording plays.)
10              911:  Mobile County 911.
11              CALLER:  Yeah, I need to call for
12         emergency, please.
13              911:  What's the address?
14              CALLER:  I'm just calling from my cell
15         phone.  That's what I'm calling from.
16              911:  Sir, I need the address.  Tell me
17         the address.
18              CALLER:  Hold on a second.  No, I don't
19         need the address.
20              911:  Sir, tell me the address.
21              CALLER:  No.  Just call the police
22         department.  I need to protect my family.
23              911:  Sir --
24              CALLER:  My family.
25              911:  Sir, I'm going to notify the
```

**AMY RACHEL FRESH**

```
 1          police.  If you do not tell me your address,
 2          -- They are going to come.  I can see where
 3          you are, but you need to tell me the address.
 4               CALLER:  Why would I need to do that?
 5               911:  Sir, tell me the address.
 6               CALLER:  Why would I need to do that?
 7               911:  Sir, what is wrong with you?
 8          You're breathing hard.  What's going on?
 9               CALLER:  What's going on?
10               911:  Yes, sir.
11               CALLER:  I need to protect my family, all
12          of them.
13               911:  One moment.
14               CALLER:  Hold on, hold on, hold on, hold
15          on.  I've got to hang up.  Sorry.
16               911:  Don't hang up.
17  BY MS. COLLINS:
18  Q    Did you recognize that voice as Greg?
19  A    Yes.
20  Q    Is that how he sounded when you were dealing
21       with him at around three in the morning?
22  A    Yes.
23  Q    Okay.  And that's not how he normally sounded?
24  A    No.
25  Q    Okay.  I've got one more I'm going to play for
```

### AMY RACHEL FRESH

1          you.

2     A     Okay.

3     Q     And, again, to identify whether or not you

4           recognize his voice.  This is City Bates

5           Number 00446, recorded on 1 May 2012 at

6           3:16:14.

7                (Recording plays.)

8                911:  Mobile County 911.  What's the

9           location of the emergency?"

10               CALLER:  I need you to tell me something.

11          Mobile Allpoints Church of God.

12               911:  You need what, sir?

13               CALLER:  Huh?

14               911:  What do you need?

15               CALLER:  Direct me to Allpoints Church of

16          God.  I need to talk to the pastor.  Pastor

17          Joe Boswell.

18               911:  You need to talk to who?

19               CALLER:  What?

20               911:  What are you needing, sir?

21               CALLER:  I'll call you back.

22               911:  You need to talk to your pastor?

23    BY MS. COLLINS:

24    Q     Did you recognize that as Greg's voice?

25    A     Yes, ma'am.

AMY RACHEL FRESH

```
 1                    C E R T I F I C A T E

 2

 3   STATE OF ALABAMA   )

 4   COUNTY OF MOBILE   )

 5

 6        I, Patsy C. Poteat, CCR, as Commissioner,

 7   hereby certify that the above proceedings were taken

 8   down by me and transcribed by me using computer-aided

 9   transcription and that the above is a true and

10   correct transcript of said proceedings taken down by

11   me and transcribed by me.

12        I further certify that I am neither of kin nor

13   of counsel to any of the parties nor in anywise

14   financially interested in the outcome of this case.

15        I further certify that I am duly licensed by

16   the Alabama Board of Court Reporting as a Certified

17   Court Reporter as evidenced by the ACCR number

18   following my name found below.

19        So certified on this, the 16th day of December,

20   2014.

21

22

23

24   Commission Expires:     Patsy C. Poteat, ACCR #236

     December 18, 2016       Freelance Court Reporter

25
```

## AMY RACHEL FRESH

| | | |
|---|---|---|
| 1 | | that Gregory had? |
| 2 | A | Yes, I did. |
| 3 | Q | And what did you know about that? |
| 4 | A | I know that he was a convicted felon and he |
| 5 | | had some previous drug charges from early on. |
| 6 | Q | Okay.  And he had told you about that before |
| 7 | | y'all got married? |
| 8 | A | Yes, ma'am. |
| 9 | Q | Okay.  Was there any effect on his life as a |
| 10 | | result of that felony charge? |
| 11 | A | No. |
| 12 | Q | Okay.  And was it actually a conviction or a |
| 13 | | plea bargain; do you know? |
| 14 | A | I don't know. |
| 15 | Q | Okay.  In the years that you were married to |
| 16 | | Gregory, did you ever know of him to use any |
| 17 | | kind of recreational drugs? |
| 18 | A | No. |
| 19 | Q | Okay.  Did you ever know of him to smoke |
| 20 | | marijuana? |
| 21 | A | No. |
| 22 | Q | Did he smoke regular cigarettes? |
| 23 | A | No, ma'am. |
| 24 | Q | Okay.  Did he drink? |
| 25 | A | Occasionally. |