# EXHIBIT "B"

M-IA2012-00012.A
Page 1 of 6

## MOBILE POLICE DEPARTMENT
## STATEMENT NARRATIVE FORM

**STATEMENT OF:** KRISTIE ADAMS

**REFERENCE:** OFFICER INVOLVED

**MAJOR CRIMES PERSONNEL:** DET. JEREMY MARCH

**TRANSCRIBED BY:** Sharon Nolen, Office Assistant II

| | |
|---|---|
| PEARS: | What's your last name? |
| ADAMS: | Adams. |
| PEARS: | Your first name? |
| ADAMS: | Kristie. K.r.i.s.t.i.e. |
| PEARS: | Date of birth? |
| ADAMS: | |
| PEARS: | Address? |
| ADAMS: | 3318 Plantation Court. |
| PEARS: | What's the zip? |
| ADAMS: | Uh 95. |
| PEARS: | A phone number you can be reached at? |
| ADAMS: | 404-0366. |
| PEARS: | 0366. |
| ADAMS: | Uh-huh. |
| PEARS: | Where do you work? |
| ADAMS: | I'm not working right now. |
| PEARS: | You uh, you know the Rachel's? |
| ADAMS: | Uh yeah I know her mostly and the children, yeah. Uh-huh. |
| PEARS: | Ok so tell us what you, what you know about what happened? |
| ADAMS: | Ok, it was about 3:10 this morning. I sleep in that first room and my daughter is in that side room and she jumped up she said Momma there's, there's a neighbor screaming for help. She's banging on the window, help, help, so she, I said, she come got me I come to the door, she come flying in with the kids, we locked it. She was terrified, but anyway she said that he had uh was talking about the devil or something and trying to kill her like stuff his hands down her throat or something and she managed to get away and get the kids and get over here. So we called the police um he stayed over there he didn't come out or nothing. You guys come up or two officers did and when they come up cause I seen it from beginning to end. When, when the man he said do you mind if I go talk to him whatever? No, he went over there the guy come running out of the driveway with his hands up screaming something crazy about Obama or something. Anyway they hit him 4 times with a taser. |
| MARCH: | Before they did that were they telling him anything? Giving him any kind of |

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00505

|  |  |
|---|---|
|  | commands? |
| ADAMS: | I think, I think so, well at first no, because I was like where's the officer at? And uh it was one I think kind of out one up there by the house, because I was wondering why. |
| PEARS: | Let me ask you when the officers first got here they came to your house? |
| ADAMS: | Yeah cause they, she was here. |
| PEARS: | Both officers came here. |
| ADAMS: | Right. |
| PEARS: | Ok and what did they walk across the street? |
| ADAMS: | Yeah they walked across the street, the officers did. |
| PEARS: | And their cars were parked here? |
| ADAMS: | Yeah, one in the driveway, one right here. Cause they gave my address cause she was here see. |
| PEARS: | Right. |
| ADAMS: | Anyway finally they, he comes after him and they, they got him 4 times cause I heard two times, one of them said 2 times. I said y'all got him about 4 times didn't you? He said yeah. Next thing, and that's a big old boy I mean they had a hard time. So the other two come up they had him in the ditch and it got rough, it got real rough. They couldn't subdue him or whatever and they took their baton. |
| MARCH: | Was he physically fighting with em? |
| ADAMS: | I think he was, I don't know anything about them taser, I don't know if he took them out or what but he was just freaking out. He didn't look like he was fighting to me. The best I could tell. |
| PEARS: | What did he look like he was doing with his hands? |
| ADAMS: | Just said no don't, I don't want to go to jail. |
| PEARS: | Was he on the ground then or was he standing up? |
| ADAMS: | He was standing up, then they got him, he was on the ground and he was in that ditch by the, by the mailbox and they couldn't get him to get down on, you know his stomach, so they took the batons whipped him on that and there was some kicking going on. Uh it got pretty brutal, you know it really did, that I mean I understand he was under, not under control, they they got the shackles and that neighbor come out, they thought he was passed out and they had him on concrete, just laying on his stomach and they thought he was incapacitated, you know just passed out. |
| PEARS: | Which concrete are you speaking of now? |
| ADAMS: | Uh you see where the gentleman is with the white shirt? |
| PEARS: | Yeah. |
| ADAMS: | In that cruiser, them two right there? |
| MARCH: | By the mailbox. |
| ADAMS: | He was out in that area. Uh-huh, a little over this way. |
| MARCH: | Ok. |
| ADAMS: | So he comes out and he's an EMT and he says compression, compression, nothing, nothing, nothing. So anyway um and they had, at that time he was on his stomach shacked and handcuffed but naturally they flipped him over and |

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00505-A

| | |
|---|---|
| | then finally they got here and took him to the hospital. |
| MARCH: | So once they shackled him they flipped him over, he was face down? |
| ADAMS: | He was face down on the asphalt yeah. |
| MARCH: | So when they shackled him what they, you said they flipped him over at that point. |
| ADAMS: | Yeah. For him to do compressions yeah. But they had him down on the ground because he's a big old boy trying to get him up, but like I said from what the Officer said he thought he was like um I guess just passed out or something from all that fighting. But or what or tussling or whatever you want to call it. But it was pretty, pretty bad. It was sad all the way around you know. It seemed like he had a breakdown. |
| PEARS: | How, how long was he down in the ditch before they moved him out of the ditch? I mean how long? |
| ADAMS: | Oh I forgot one part, ok two officers were standing there and one of them was sitting on his back and he was like down like in it like this and he was, you know he was down on him like that and I remember. |
| MARCH: | Like. |
| ADAMS: | That was before that happened. |
| MARCH: | Straddling him. |
| ADAMS: | Yeah straddling him. And then the shackles, then all that come out and they was carrying him and they put him on his stomach and then he walks over and that's when they flipped him over. |
| MOSLEY: | Ok. |
| ADAMS: | I just you know I, it was a bad fight but I, you know I hate it for both sides but what ever you know, I'm glad she's ok and he is. |
| PEARS: | He, but when he was down in the ditch as soon as they got here that's when they picked him up and moved him. |
| ADAMS: | No he stayed on his back for a while. |
| PEARS: | Oh he stayed on his back for a while. |
| ADAMS: | Yeah. I don't know if he was trying to get him, cause I didn't hear the guy screaming or nothing. I think he might of been at that time maybe incapacitated or something you know just from kicking and all that wrestling around. Cause he sat on him for I don't know a few minutes and then they got him and put him on his stomach and then they flipped him over. |
| PRINE: | When you say a few minutes about how long are you speaking of? |
| ADAMS: | I want to say uh several minutes, it seems like a real long time. I want to say about uh, no more than 5 minutes. You know give a take, a good 5 minutes I would imagine. And he wasn't moving at that time. |
| MARCH: | Now from the point they uh you suspect they tased him uh and they got him to the ditch were they still giving him commands? Anything like put your hands behind your back. |
| ADAMS: | Yes. |
| MARCH: | Any of that stuff. |
| ADAMS: | Yes get your ass down, blah, blah, blah, yeah commands, you know yeah they're telling him get on to him to do right and he was just it wasn't like he |

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00506

| | |
|---|---|
| | was fighting at em, he was just. |
| PEARS: | Refusing to. |
| ADAMS: | Like scared or something. |
| MARCH: | He wasn't co-operating. |
| ADAMS: | Yeah. |
| MARCH: | And in your, in your opinion based on what you observed from the officers you feel like the officers did anything wrong? |
| ADAMS: | I think it was too much force, honestly I do. I have no problem. I was married to a cop for years and uh, I think it was a little obsessive, you know. Uh cause when you're on somebody's back and sitting for so long and they can't breath and I think it was a little obsessive personally and I have no issues or, I'm just kind of like I say I seen the whole thing more than anybody. My Mom seen a little bit of it and she went on in the house. And somebody else seen it too. I think one of the other family members that y'all talked to. But uh I feel funny saying that cause I don't want (inaudible) you know what I mean. The man was acting up but it whatn't like he was uh, see I don't really know him. He's always been a nice guy, hey how you doing? But I know her you know and uh I think it was a little excessive. I understand you know if you get in a situation like that you don't know what you know he might do either. But uh. |
| MARCH: | Now you said they pulled their batons out? |
| ADAMS: | Yeah they did and they kicked him too, there was a lot of kicking going on. |
| MARCH: | You know how many times they hit him with a baton and how many times or how many times. |
| ADAMS: | I don't know how many with a baton. |
| MOSLEY: | Or kicked him. |
| ADAMS: | But honey it was on, it was several and they did hit him 4 times I know at least with the tasers. Cause one guy, one of the cops he said uh I heard him say yeah I hit him twice with a taser or something but when he walked over here to talk to me I said you got him 4 times didn't you. He said well yeah and he did cause I seen it several times so I'm just calling it the truth like I said you know. |
| PEARS: | And just using the baton how, it was just two officers we're speaking of? |
| ADAMS: | Yeah, at the time yeah. |
| PEARS: | That you know of. |
| ADAMS: | Two others come up but that was, you know a few minutes later and I remember the one on the left I couldn't tell you which one it was but uh buddy he was going to town on trying to you know working and I don't know if the other one had his baton out either. I'm assuming he did but I don't know. I know one of them did. |
| MARCH: | Was that before the other two showed up that the baton and all that was going on. |
| ADAMS: | I think so. I think so. |
| MARCH: | So when the other two arrived what did you observe them do? |
| ADAMS: | Uh lord let me think. I think they were just trying to help, help trying to get the situation under control the best I remember. |

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00507

| | |
|---|---|
| MARCH: | So you didn't observe the other two officers that showed up, you didn't observe them kicking. |
| ADAMS: | No, no. |
| MARCH: | Baton or anything. |
| ADAMS: | The other two that showed up I didn't observe that but the first two yeah. |
| MARCH: | The first two. |
| ADAMS: | Yeah. |
| MARCH: | Ok. |
| PEARS: | And that's when he was tasing, the first two. |
| ADAMS: | Yeah they tased him first coming out they didn't run down the driveway and then they, they hit him 4 times I know and then that's when they went down in the ditch and they couldn't get him rolled over or whatever get him you know and then uh oh before that that's, they was, they was a lot of kicking going on especially by one officer and in the (inaudible). |
| MARCH: | Do you know which officer that was? |
| ADAMS: | I think it was a bigger officer. I didn't catch the names uh they kind of look similar but uh cause when he pulled up I said, uh I said something I was like well hey how you doing? Well you tell me what's going on. Well we just had a beating over here right across the street. Uh but I don't know if it was him or the other one. I don't think the other gentleman come over here but like I said I couldn't tell you for sure, you know. But I know its them two the first responders. |
| PEARS: | The first two that came. |
| ADAMS: | Right. |
| MARCH: | Ok. Anything else that you can think of that we haven't asked you that you feel like. |
| ADAMS: | Um. |
| MARCH: | Is important? |
| ADAMS: | I'm trying to think. Uh I'm glad I remembered this, because I'm just trying to remember anything. Cause I know y'all got to do y'all investigation or whatever but um, that's pretty much it. You know he didn't try to come out over here or anything like that. We locked the doors and uh. |
| PEARS: | Now you said you know his wife pretty well. |
| ADAMS: | Yeah. |
| PEARS: | Has she ever spoke to you about any kind of problems or anything? |
| ADAMS: | Nothing. |
| PEARS: | Else. |
| ADAMS: | Nothing, they said he was everybody was talking about that Gentle Giant. All I know is about what they told me about the gas station. He was having a lot of problems this week, just acting weird. |
| MARCH: | Have you ever been, how long have y'all been neighbors? |
| ADAMS: | Um, (inaudible) been here 25 years come 4th of July and they've been I couldn't tell you, maybe a little less than 10 years. Something like that, I've never observed anything. |
| MARCH: | No problems? |

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00508

M-IA2012-00012.A
Page 6 of 6

| | |
|---|---|
| ADAMS: | No problems. |
| MARCH: | No yelling that you've heard. |
| ADAMS: | Uh-uh. |
| MARCH: | Or problems? |
| ADAMS: | Uh-uh. That's a bad thing, it's all bad this whole, it's a bad situation. But when he was on the ground I figured then he was, he was gone because he was, they was constant, you know compressions and then I heard later that he passed away, didn't make it. And that's sad. But yeah that's, that's all I can tell you guys, that's all I know but I didn't, I seen it from the beginning to the end because of her coming over here and trying peep out, trying to see what was going on you know. |
| MARCH: | Anything else? |
| ADAMS: | Um I don't think, I don't think so. That's all I think I've got for you guys. |
| PEARS: | I do appreciate it. |
| ADAMS: | I hope I was helpful in any way you know. |
| PEARS: | Oh you are. |
| MARCH: | Thank you. |
| ADAMS: | Oh you're welcome, you're welcome. |
| MARCH: | Time is now 6:18. |

END OF INTERVIEW.

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00509