# EXHIBIT "G"

**LAMAR DIXON**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

AMY RACHEL, as Administratrix         *
of the Estate of GREGORY RACHEL,      *
Deceased,                             *
                                      *
          Plaintiff,                  *
                                      *
vs.                                   *   CASE NUMBER:
                                      *   1:13-CV-00522-WS-M
CITY OF MOBILE, ALABAMA,              *
et al.,                               *
                                      *
          Defendants.                 *

    The video deposition of LAMAR DIXON was
taken before Patsy C. Poteat, CCR, as Commissioner,
on December 18, 2014, by the Defendant City of
Mobile, Alabama, commencing at 10:56 a.m., at
the law offices of Burr & Forman, LLP, located at 11
North Water Street, Suite 22200, Mobile, Alabama.

**LAMAR DIXON**

22

```
 1         doing.
 2    Q    Had the issue of finances relative to the
 3         service station been a topic that you and Greg
 4         discussed over some period of time?
 5    A    No.  No, it wasn't a regular conversation.
 6    Q    All right.  Was Saturday at the softball game
 7         the first time that topic had ever come up?
 8    A    No, I'm sure it came up before.  But, like I
 9         said, it wasn't a regular conversation.  But
10         I'm sure he had mentioned how things were
11         going at the station before.
12    Q    Did you have any indications of he and Amy
13         having any type of financial problems?
14    A    No, never no mention of it.
15    Q    Did Amy ever come to you to borrow money or to
16         ask for money during she and Greg's marriage?
17    A    She never asked me for it, but I gave her
18         money, just because I was Daddy.  You know,
19         she probably didn't need it.  She didn't act
20         like they needed it.  But I would always hand
21         her a few dollars here and there when I could,
22         if I had it.
23    Q    All right.  How long would you say that you
24         saw Greg for on that Saturday at the softball
25         game?
```

**LAMAR DIXON**

23

```
 1   A      I'd say he was there -- I guess he probably
 2          was there three hours or so, probably.  Time
 3          enough for a couple of games to have been
 4          played.
 5   Q      Did each of the girls have a game during the
 6          time he was there?
 7   A      Yeah, I think it was separate -- different
 8          times, though, on different fields.
 9   Q      Was there anything unusual about the
10          discussions that you had with Greg that day
11          relative to the finances of the gas station or
12          otherwise?
13   A      Say again, please.
14   Q      Yeah.  Was there anything unusual about the
15          discussions you had with Greg Rachel that
16          Saturday relative to the finances of the
17          service station, or otherwise?
18   A      No, I see -- It wasn't unusual.  Just small
19          talk.  It didn't bother me one way.  If that's
20          what you're trying to -- I don't know really
21          what you're asking me there.
22   Q      I guess, was he acting in any way out of the
23          ordinary?
24   A      No.
25   Q      Or was the --
```

|   |   |   |
|---|---|---|
| 1 | A | He just -- He was just talking about something |
| 2 |   | that -- I mean, it wasn't a regular topic of |
| 3 |   | discussion. |
| 4 | Q | Right. |
| 5 | A | Yeah. |
| 6 | Q | Was there anything about his demeanor or the |
| 7 |   | way he acted that was in any way unusual that |
| 8 |   | Saturday? |
| 9 | A | Yeah.  He did act kind of like -- kind of a |
| 10 |   | little bit more laid back that day and wasn't |
| 11 |   | as, you know, active or -- I don't know if I'd |
| 12 |   | call it active or not.  But he just kind of |
| 13 |   | more sat back by hisself that day, wasn't |
| 14 |   | right up in the group.  Of course, he didn't |
| 15 |   | want to sit out in the sun probably.  He was |
| 16 |   | probably like in a shade leaning up against |
| 17 |   | the concession stand, I think is where he was |
| 18 |   | at, in the shade in a lawn chair. |
| 19 | Q | Well, was he sitting with y'all that day? |
| 20 | A | He did, but -- But I recall him having sitting |
| 21 |   | over by himself some, too, that day. |
| 22 | Q | And when I say "with y'all," who else was |
| 23 |   | there that day? |
| 24 | A | Let's see, that would have been the old |
| 25 |   | softball group, me and my wife and Amy and |

```
 1         this point in time?
 2   A     I was over there next to my truck over there
 3         by the neighbor's house, still on that road
 4         going toward the cul-de-sac.
 5   Q     Okay.  So you're over -- You're over by the
 6         neighbor's house, you're not in front of Amy's
 7         house?
 8   A     I'm in the street between Amy's house and the
 9         neighbor's house.
10   Q     Okay.  And what did you see when you first saw
11         Greg Rachel?
12   A     What did I see?
13   Q     Yeah.  I mean, what did you observe?  What was
14         he doing?
15   A     He walked out of the house.  The first thing
16         he did was raise his hands then in the air,
17         just like this.  (Indicating.)
18   Q     All right.
19   A     And -- And so somebody said, "Well, there's
20         Greg."  And then I remembered him walking out
21         of the house and raised his hands up.  I
22         remember him saying something.  I really
23         didn't understand exactly what he said.  And
24         then I know I was trying to gather up the
25         girls there, you know, than just stand there
```

**LAMAR DIXON**

52

```
 1    A      Right.  Right in that neighborhood there
 2           somewhere.
 3    Q      In front of the neighbor's house?
 4    A      Yeah.  Right in the ballpark there.
 5    Q      All right.  Now, you left and returned to the
 6           scene by yourself you said; correct?
 7    A      Yes.
 8    Q      How long would you say that you were gone when
 9           you took Amy, the grandkids, your wife over to
10           your son's house and then you came back to the
11           scene?
12    A      Five minutes probably.
13    Q      Your son lives that close?
14    A      Yeah, I think he lives right here.
15           (Indicating.)
16    Q      You're gesturing to Misty Leaf Drive?
17    A      Yeah.  He lives right there, I believe.
18    Q      When you left, did you go back down Plantation
19           Court to Scott Dairy Road and then turn on his
20           street?  Is that the path you took?
21    A      I came down here to Scott Dairy Loop.
22    Q      Scott Dairy Loop.
23    A      And then come down and turned in here.
24    Q      Okay.
25    A      Come down here and turned into here.
```

LAMAR DIXON

55

| | | |
|---|---|---|
| 1 | A | I saw -- Really, the only thing I could see when I first pulled up was the policemen right over there at the edge of the driveway. When I first pulled up. |
| 5 | Q | You saw -- At the edge of which driveway? |
| 6 | A | At the Rachels' driveway. They was right down in the ditch -- right at the ditch. |
| 8 | Q | You saw one policeman there? |
| 9 | A | No. There was several of them there. |
| 10 | Q | How many? |
| 11 | A | I know three -- at least three at that particular time was there. |
| 13 | Q | Where was Greg? |
| 14 | A | He was laying -- I couldn't see him then. I -- Well, I don't know. |

    THE WITNESS:
        Is that what I should say until he asks another question? I don't know what to do.
    MR. HENINGER:
        If that's the honest answer, yes.

BY MR. STRASAVICH:

| 23 | Q | When -- |
|---|---|---|
| 24 | A | I don't know at that time. |
| 25 | Q | Okay. When you first got there, you didn't |

LAMAR DIXON

56

| | | |
|---|---|---|
| 1 | | see Greg? |
| 2 | A | Right. |
| 3 | Q | Okay. But you saw, you said, at least three officers? |
| 5 | A | Yes, sir. |
| 6 | Q | All right. And I may be confused. I'm just going to walk through it again. I thought you said you saw one policeman there at the -- I guess where the driveway meets the ditch in front of Amy Rachel's house; is that fair? |
| 11 | A | When I come back -- came back over here? When I returned? |
| 13 | Q | Yes, sir. |
| 14 | A | No, there was three of them over there. |
| 15 | Q | There was three officers where the driveway meets the ditch -- |
| 17 | A | Exactly. |
| 18 | Q | -- in front of the Rachel house? |
| 19 | A | Yes, sir. |
| 20 | Q | Okay. Did you go over there from where you were -- from where you parked? |
| 22 | A | Yes. I parked my truck and I walked over there. |
| 24 | Q | And where did you walk to? |
| 25 | A | I walked right to where the police officers |

**LAMAR DIXON**

57

|    |   |                                                           |
|----|---|-----------------------------------------------------------|
| 1  |   | were, right at the edge of the driveway of the           |
| 2  |   | ditch.                                                    |
| 3  | Q | How close did you get?                                    |
| 4  | A | Five feet.                                                |
| 5  | Q | Are you in the street or in the yard?                    |
| 6  | A | I'm in the street.                                        |
| 7  | Q | All right.  Are you right at the -- right                |
| 8  |   | where the driveway meets the street?                     |
| 9  | A | Yes, sir.                                                 |
| 10 | Q | All right.  And what did you see?                        |
| 11 | A | This is when -- I seen Greg then at this                 |
| 12 |   | particular time, laying face down, right there           |
| 13 |   | at the edge of that ditch.  And there was a              |
| 14 |   | policeman sitting on top -- on his back and              |
| 15 |   | then a couple more standing there.  But there            |
| 16 |   | was one sitting on top on his back.  And he              |
| 17 |   | was face down when I walked up there.  And               |
| 18 |   | that was -- Like I say, that was a few feet.             |
| 19 | Q | How long would you say that you stood right              |
| 20 |   | there and watched?                                        |
| 21 | A | Several minutes.                                          |
| 22 | Q | Several minutes?                                          |
| 23 | A | Yeah.  I --                                               |
| 24 | Q | What were the -- You said there was one                  |
| 25 |   | officer you say sitting on his back?                     |

|    |   |                                                      |
|----|---|------------------------------------------------------|
| 1  |   | head is up in the yard.  Okay?  But head is          |
| 2  |   | turned facing away from the driveway?                |
| 3  | A | Yeah.                                                |
| 4  | Q | Okay.  And you say -- And I know sometimes,          |
| 5  |   | you know, time, especially in situations like        |
| 6  |   | this, kind of gets away and it's hard to             |
| 7  |   | judge.  You think you stood there on Estate          |
| 8  |   | Drive watching this for several minutes?             |
| 9  |   |         MR. HENINGER:                                |
| 10 |   |              Mike, just to be fair.  When you say    |
| 11 |   |              "this," what is "this"?                 |
| 12 | Q | What you've told me, that one officer is             |
| 13 |   | sitting on Mr. Rachel's back?                        |
| 14 | A | Yeah.                                                |
| 15 | Q | And what are the other two officers doing?           |
| 16 | A | I think they're just standing there.                 |
| 17 | Q | Just standing there?                                 |
| 18 | A | Yeah.                                                |
| 19 | Q | Did you --                                           |
| 20 | A | I don't recall them doing nothing.  You know,        |
| 21 |   | just standing there.                                 |
| 22 | Q | Okay.  Did you observe Greg Rachel move during       |
| 23 |   | any of this time?                                    |
| 24 | A | No.                                                  |
| 25 | Q | Say anything, make any sounds?                       |

```
 1            I can't tell you that.
 2    Q       Okay.  But at some point while you're standing
 3            there, the officer, who you say is sitting on
 4            his back, gets up; correct?
 5    A       (Witness nods head.)
 6    Q       What does the officer do then?
 7    A       Well, one of them -- One of them asked the
 8            other one, "Is he breathing?"  I remember that
 9            question being asked, "Is he breathing?"  I
10            remember asking that question.  And then
11            there's another officer showed up from
12            somewhere.  Because there was one on each
13            corner of him.  And they picked him up and
14            took him up out of the ditch.  It was like
15            there was four people carrying him up out of
16            the ditch.  And I'm sure the fourth one was
17            another officer.  There was four of them
18            picked him up and took him up out of the
19            ditch.
20    Q       At the time that the --
21    A       That's when I knew he had the shackles on,
22            because that's how they grabbed him.
23    Q       At the time that the officer moved from
24            sitting on his back, as you say -- And you say
25            he's sitting on Greg Rachel's back, not arms,
```

**LAMAR DIXON**

75

|    |   |                                                          |
|----|---|----------------------------------------------------------|
| 1  |   | scene, you're there at the scene by yourself;            |
| 2  |   | right?                                                    |
| 3  | A | Yes.                                                      |
| 4  | Q | Okay. And when you're standing in the                     |
| 5  |   | position "L2" marked on Exhibit 44 and the                |
| 6  |   | officers are there with Greg Rachel, is there             |
| 7  |   | -- is there any other neighbors or any other              |
| 8  |   | bystanders standing in that area?                         |
| 9  | A | I don't see anybody.                                      |
| 10 | Q | What about your son Dustin Dixon, where was               |
| 11 |   | he?                                                       |
| 12 | A | I don't know where he was at.                             |
| 13 | Q | Hadn't seen him at that time?                             |
| 14 | A | No.                                                       |
| 15 | Q | Did you communicate in any way with the                   |
| 16 |   | officers as that was going on, as you say the             |
| 17 |   | one officer was sitting on Greg Rachel for a              |
| 18 |   | time, and then they moved him?                            |
| 19 | A | Yeah, I asked them, I said, "Is he okay?" And             |
| 20 |   | then that's when I remember one of them asking            |
| 21 |   | if he was -- if he was breathing.                         |
| 22 | Q | What was the response?                                    |
| 23 | A | I don't think I got a response. I just                    |
| 24 |   | remember asking if he was okay. And I                     |
| 25 |   | remember one of them asking the other one if              |

| | | |
|---|---|---|
| 1 | Q | And then you got out of your truck? |
| 2 | A | Yes, sir. |
| 3 | Q | Did you stay there and observe what was going |
| 4 | | on for a few seconds or minutes at "L1"? |
| 5 | A | Yes, I did. |
| 6 | Q | And then you walked over to the position that |
| 7 | | you've marked as "L2"? |
| 8 | A | Yeah.  I wasn't there very long.  As soon as I |
| 9 | | parked my truck, though, I went over there |
| 10 | | pretty quick. |
| 11 | Q | At all times from your movement from "L1" to |
| 12 | | "L2," were you watching what was going on with |
| 13 | | Mr. Rachel? |
| 14 | A | Yes.  I couldn't see him, but I was looking |
| 15 | | over in that area. |
| 16 | Q | All right.  I think you told us that you could |
| 17 | | see some police officers at one point in time. |
| 18 | | Once you got over to "L2" is when you could |
| 19 | | see? |
| 20 | A | Yeah. |
| 21 | Q | At any time between when you arrived and got |
| 22 | | out of your vehicle at "L1" to the time that |
| 23 | | they put Greg into the ambulance, did you see |
| 24 | | them put shackles or hog-tie Greg? |
| 25 | A | He was -- I didn't realize he was hog-tied |

|    |   |                                                                 |
|----|---|-----------------------------------------------------------------|
| 1  |   | until they picked him up out of the ditch.                      |
| 2  |   | That's when I saw that he had the shackles on,                  |
| 3  |   | is when they picked him up out of the ditch.                    |
| 4  |   | That's the first time I saw the shackles, when                  |
| 5  |   | they carried him up out of the ditch, the way                   |
| 6  |   | they had him grabbed, I could tell they had                     |
| 7  |   | shackles on him.                                                |
| 8  | Q | So --                                                           |
| 9  | A | His hands was behind him and his feet was                       |
| 10 |   | shackles. And they was like -- like four                        |
| 11 |   | corners. Two here and two here, and they                        |
| 12 |   | picked him up and carried him up out of the                     |
| 13 |   | ditch. And I'm quite sure laid him down in                      |
| 14 |   | the middle of the driveway.                                     |
| 15 | Q | All right. So is it your belief that he was                     |
| 16 |   | hog-tied before you arrived for the second                      |
| 17 |   | time?                                                           |
| 18 | A | Yes, I think he already had that stuff on him                   |
| 19 |   | before I got there.                                             |
| 20 | Q | Otherwise, you would have seen them do it?                      |
| 21 | A | I would have seen them put it on, yes. And I                    |
| 22 |   | never saw that, so it was already done.                         |
| 23 | Q | And so at some point in time while he's                         |
| 24 |   | hog-tied and you're moving from "L1" to "L2,"                   |
| 25 |   | you have described for us that someone is                       |

|   |   |   |
|---|---|---|
| 1 |   | amongst each other.  But I didn't -- I mean, I |
| 2 |   | didn't hear what they were saying, anything |
| 3 |   | like that.  I know they were having a |
| 4 |   | conversation.  But he never answered my |
| 5 |   | questions about how -- how was he?  How is he |
| 6 |   | doing? |
| 7 | Q | Okay. |
| 8 | A | Regardless of what all happened, you know,  I |
| 9 |   | had concern for him.  You know, he -- I loved |
| 10 |   | him and he was my son-in-law.  And after the |
| 11 |   | fact, you still -- You know, it's still -- |
| 12 |   | it's sad.  It's a shame.  And, I mean, I was |
| 13 |   | concerned for him when I walked up there.  I |
| 14 |   | wish I could have helped him.  I wish I could |
| 15 |   | have saved his life.  As much as he had done, |
| 16 |   | it still aggravated me.  I was still mad about |
| 17 |   | it. |
| 18 | Q | And it sounds to me -- And tell me if I'm |
| 19 |   | wrong. -- that the officer being concerned |
| 20 |   | about whether or not he was breathing was |
| 21 |   | started by your question, "Is he okay"? |
| 22 |   | MR. STRASAVICH: |
| 23 |   | Object to the form. |
| 24 | A | Yes. |
| 25 | Q | So you noticed that there may be something |

```
 1            wrong before the officers did?
 2                 MR. STRASAVICH:
 3                    Same objection.
 4     A      Yes.
 5     Q      And that's when you said to an officer, "Is he
 6            okay?"
 7     A      Yes.
 8     Q      And that's when the officer said, "Is he
 9            breathing?" to one of the other officers?
10     A      I'm quite sure it's exactly how it happened.
11                 MR. HENINGER:
12                    Nothing further from me.
13                 MR. STRASAVICH:
14                    I don't have anything else.  Thank
15                    you, Mr. Dixon.
16                 THE WITNESS:
17                    Thank you.
18                 MR. HENINGER:
19                     You're free.
20                 THE VIDEOGRAPHER:
21                    We're off the record.  The time is
22                    1:05.
23
24                 (Proceedings concluded at 1:05 p.m.)
25
```

LAMAR DIXON

123

```
 1                  C E R T I F I C A T E
 2
 3   STATE OF ALABAMA   )
 4   COUNTY OF MOBILE   )
 5
 6         I, Patsy C. Poteat, CCR, as Commissioner,
 7   hereby certify that the above proceedings were taken
 8   down by me and transcribed by me using computer-aided
 9   transcription and that the above is a true and
10   correct transcript of said proceedings taken down by
11   me and transcribed by me.
12         I further certify that I am neither of kin nor
13   of counsel to any of the parties nor in anywise
14   financially interested in the outcome of this case.
15         I further certify that I am duly licensed by
16   the Alabama Board of Court Reporting as a Certified
17   Court Reporter as evidenced by the ACCR number
18   following my name found below.
19         So certified on this, the 18th day of December,
20   2014.
21
22
23                                _____
24   Commission Expires:          Patsy C. Poteat, ACCR #236
     December 18, 2016            Freelance Court Reporter
25
```