# EXHIBIT "H"

DECLARATION OF TIFFANY L. BROWN

My name is TIFFANY L. BROWN. I am over the age of 19 and resident of Mobile County, Alabama. The following information is based upon my personal information:

1. I have lived with my husband, Robert Andrew Brown, at 3377 Estate Drive, also referred to as 3377 Plantation Court, Mobile, Alabama, 36695. My house is directly across Estate Drive from the house in which Greg and Amy Rachel lived in 2012. The neighborhood is semi-rural, and though a subdivision, there are fairly large yards surrounding each house. I am a school teacher in the Mobile County School system.

2. In the early morning of May 1, 2012, I was in my bedroom nursing my newborn infant who was born on April 24, 2012. The window of our bedroom faces the street and has a clear view of the Rachel home and its front yard and driveway. My husband, Rob, had not yet gotten up out of bed. I am not sure of the exact time, but it was after midnight and many hours before my husband, Rob, left for work at 6:30 a.m.

3. The first thing I noticed was shouting. The words were indistinguishable, but I heard more than one voice shouting. At that time, I was standing by my infant's bassinette which was at the foot of my bed. I walked to the window and looked out across the street. I saw three figures standing next to the ditch in the Rachels' yard that ran alongside Estate Drive. There were three figures near the ditch and near the Rachels' driveway. On the opposite side of the Rachels' driveway was a large spotlight that illuminated that portion of the Rachels' yard. I said to my husband, something to the effect, "Robbie, there's something happening!" Robbie woke up. He looked out the window and said that there was some type of altercation going on.

Page 1 of 4

Initials TLB

4. I moved to the front door of our house which also has a direct view across the street at the Rachels' home and yard. Our main door was open, and our storm door was closed, but I had a clear view of the three figures. I saw two men with police uniforms and a third man. I did not know who the third man was until later the next day, when I was advised it was Gregory Rachel and that he had died.

5. Both of the police officers were in uniform. Both were white males and both had short hair.

6. What I saw was one man, in the middle, on his knees, but with his back up straight, facing in the direction of the Rachel driveway. He was in a posture as if he was kneeling at the altar. On either side of him, I saw two policeman standing, both facing toward the kneeling man. The kneeling man said, "Don't do it again," in a moaning tone. One of the police officers responded, "Man, what is wrong with you?" The police officer's tone of voice seemed confused, and it appeared that he had already told him to do something in the previous talking.

7. Then I saw a blue streak, like a lightning flash. I know from previous experience that it was a taser. It lasted longer than a bang or a zap.

8. The taser came from the police officer closer to the driveway (Police Officer #1). I saw more blue flashes that I knew to be tasers. I saw at least two, and perhaps up to five, different taser flashes. In addition, I assume there were more than those taser flashes, because I had heard the man between the officer first say to the police officers, "Don't do it again."

9. I was speaking with Rob who came to the door. I do not know if Rob saw any of the tasings occur. At this point, one of the officers looked across the road and he could see Rob and I in our doorway. He did not say or indicate anything to us.

10. After I observed the tasering, I walked away from the door. I moved back to the bassinette in my bedroom. I was there for one to two minutes, and then I returned to the front door.

11. At that point, I heard the kneeling person moaning. I believe I heard him again say to "stop" and was mumbling. The man's hands were up in the air. They were held up in a way that was not combative. They were held up in a way that looked submissive.

12. At that time, the police officer (Police Officer #2) standing behind the kneeling man hit the kneeling man in the back, somewhere between the neck and the waist. I believe Police Officer #2 was holding an object. If it was a baton, it was a short baton. The kneeling man on the ground fell forward. He fell down on all fours. Then Police Officer #2 hit the man on the ground a second time, again in the back, probably near the shoulder blades, both times. This knocked the man on the ground completely prone to the ground. The man on the ground yelled, "Stop!"

13. Now Police Officer #1 kicked the man on the ground in the head. Then both Police Officers #1 and #2 were kicking the man on the ground. Police Officer #1 kicked the man in the _____, and Police Officer #2 kicked the man in the head. Both police officers kicked the man on the ground at least two times each. I said to Rob, "They are beating him!" It is my impression that there were more kicks, but it was at that point that I left.

14. At the time I was looking at the events, there were no police cars in front of the Rachels'. There were flashing lights and there were one or two police cars down at the intersection of Plantation Court and Estate Drive. I never saw any police cars up near the Rachel driveway.

15. The beating upset me very much. I began to cry. During the whole time I watched him, I never saw the man try to get up. He never did anything that appeared to be attacking or threatening the officers. I never saw him say anything that appeared to be fighting, or even struggling. When he was knocked facedown to the ground, he appeared to be totally submissive. He

Page 3 of 4

Initials

was not struggling. He was not kicking, or punching, or doing anything to get up or oppose the officers.

16. In my opinion, the officers were hitting the man completely unnecessarily. I never saw anything during the whole time I watched, which led me to believe the police officers were being threatened, endangered, or even being opposed by the man on the ground.

17. At some point, Rob and I went back to bed. I know Rob got up and left for work at around 6 a.m.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 3/4/15   Signature: Tiffany Brown

Address: 3377 Plantation Ct.; Estate Dr. Mobile, AL 36695

Phone(s): 391-3990