# EXHIBIT "I"

DECLARATION OF ROBERT ANDREW BROWN

My name is ROBERT ANDREW BROWN. I am over the age of 19 and resident of Mobile County, Alabama. The following information is based upon my personal information:

1. I have lived with my wife, Tiffany L. Brown, at 3377 Estate Drive, often referred to as 3377 Plantation Court, Mobile, Alabama, 36695. My house is directly across Estate Drive from the house in which Greg and Amy Rachel lived in 2012. The neighborhood is semi-rural, and though a subdivision, there are fairly large lawns in front of each house.

2. In May, 2012, I was training as a new fireman. I am currently employed by the City of Mobile as a firefighter.

3. My wife, Tiffany, was awake in the early morning of May, 2012, caring for our newborn infant. My wife heard a commotion from across the street and looked out the front window of our bedroom which faces the house where Greg and Amy Rachel lived at that time. When I woke up and looked out the window, I saw three guys next to the ditch that ran along the street on the Rachels' side of the property.

4. My driveway runs down to Estate Drive and the Rachels' also runs down to the street from the opposite direction. Next to the Rachels' driveway is a large street lamp that illuminated the area where the three men were.

5. I could identify two of the men as police officers, but I could not identify who the third man was. Later the next day, I spoke with the Mobile Police Internal Affairs and they advised me it was Gregory Rachel and that he had died.

6. I heard the third man holler, "Don't do it again!" and an officer responded, "What's wrong with you?" I heard a lot of hollering but could not understand all of the words. I also

Page 1 of 3

Initials RB

observed some of these events from my front door, which is immediately across the street from where the police officers and the third man were. I saw the third man face down on the ground near the ditch. I saw the officers hitting him, although I am not sure if they were hitting him with their fists or with a baton. If it was a baton, it would have been short.

7. I saw the officers hit the man many times. They were also kicking him. They kicked him somewhere between two and three times each.

8. The hitting and the kicking were substantial. In my mind, it was definitely excessive, given that the man was lying face down on the ground. He was submissive. He was not struggling. I did not see the man try to stand up or try to oppose the officers in any way. He certainly was not attacking the officers; he did not kick or strike them. Watching the whole event, it seemed clear to me that the officers should have been physically able to keep him on the ground.

9. My wife, Tiffany, was crying and very upset watching the event.

10. Once the man was down on the ground, I never saw him attempt to get back up. Even the words of man on the ground sounded painful and hurt. His tone was not angry or threatening. He did not appear to the fighting or opposing the officers.

11. I finally closed the door. Later, I came back to the door and looked out. I saw that there was a body resting against a police car that was parked down at the intersection of Plantation and Estate, which was down the street to the left from our house. There were rescue and medic cars there at that time. I do not know if the man against the car was alive or dead.

12. Both Tiffany and I eventually got back to sleep. I woke up in time so I could leave for work at 6:15 a.m. However, there were many police cars up and down Estate and I had to ask them to move so I could get to work. By now, there were police cars immediately outside the Rachel house and in front of their driveway.

Page 2 of 3

Initials _RB_

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 3-4-15    Signature: _____

Address: 3377 Estate Dr. Mobile, AL 36695

Phone(s): 251-391-6577