# EXHIBIT "L"

the less lethal delivery system is used to subdue an individual, a use of force report shall be initiated detailing the incident, and a supervisor shall be notified. Officers using this system must file the "Less Lethal Munitions Report" (PD 27). All reports shall be filed before the end of the officer's tour of duty. A copy of all reports shall be submitted to the Chief of Police as they are completed.
2. Use of Chemical Irritant Report: When an officer uses a chemical irritant to subdue an individual, a use of force report shall be initiated detailing the incident, and a supervisor shall be notified. Officers using a chemical irritant must also file the "Use of Chemical Irritant Report" (form PD 214). All reports shall be filed before the end of the officer's tour of duty.
3. Supervisor responsibility:
    a. The shift supervisor shall ensure that the incident report is complete and correct before the end of his tour of duty and shall forward all reports through the chain of command to the Chief of Police.
    b. Whenever a citizen or officer is injured, claims to be injured, or there is property damage as the result of the use of force, the supervisor will proceed to the scene and conduct an administrative investigation of the incident. This investigation will include, but is not limited to, the circumstance surrounding the incident, the type of force used, injuries sustained, medical attention provided, medical condition of the party, and the findings and recommendations of the supervisor in adherence to the rules, regulations, policy, and procedure of the department.

F. Training:

Only departmental personnel trained by a qualified instructor will be allowed to employ or carry less lethal weapons. The Training Section will maintain certification of this training. Retraining will occur during annual in-service training.

LESS LETHAL WEAPONS OTHER THAN DEPARTMENT ISSUED SHALL NOT BE USED.

### 1.3.5 MEDICAL AID

Appropriate medical aid shall be rendered after the use of lethal or less lethal weapons or tactics in order to minimize the severity of injury. Appropriate medical aid includes increased observation to detect obvious changes in condition, flushing chemical agents from the eyes, applying first aid, evaluation by the paramedics, or immediate aid by medical professionals.

Following the use of a chemical irritant, when the subject is properly restrained and subdued, he or she will be decontaminated by proper means.

### 1.3.6 DISCHARGE OF FIREARMS

Whenever a member discharges a firearm, either accidentally or in the performance of a police duty, except at an approved range:

1. The officer shall:
    a. Notify his immediate supervisor as soon as time and circumstances permit.
    b. In situations not involving injury, make a written report of the shooting, including all contributing circumstances, and submit the report to his supervisor prior to completing his tour of duty.
2. The immediate supervisor shall:
    a. Notify the commanding officer of the involved officer and the officer's precinct or section commander.
    b. Conduct and complete an investigation of the shooting and compile the MPD Shots Fired Report (PD22).
    c. <u>Submit a copy of the report to the Chief of Police as soon as possible</u>, then submit the original through channels.

I. Destruction of Animals:

Officers may use firearms to destroy severely injured, rabid animals or other domestic animals, which pose an immediate threat of injury or death to humans, provided other reasonable means of apprehension are not available or feasible. Such destruction requires that it can be accomplished in reasonable safety.

Domestic animals are the personal property of another. In instances where feasible, a written request and/or waiver for the destruction of the animal should be obtained from such owner and maintained as a part of the incident report. Animals suspected of having rabies should not be shot in the head as this destroys the brain, which is examined in cases of suspected rabies.

II. Officer-Involved Shootings:

Whenever an officer is involved in a firearms incident that results in injury or death to an officer, citizen, or in significant property damage the following procedures shall be followed:

A. Communications Section:

The communications section shall immediately notify the following personnel:

August 4, 2008                               1-7

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile, etal.
CITY 00373