# EXHIBIT "M"

DECLARATION OF NICOLE (NIKKI) MICHELLE PHILLIPS

My name is NICOLE (NIKKI) MICHELLE PHILLIPS.  I am over the age of 19 and resident of Mobile County, Alabama.  The following information is based upon my personal information:

1.      I live with my husband, Patrick Joseph Phillips, at 3410 Plantation Court, Mobile, Alabama, 36695.  My house is perpendicular from the house in which Greg and Amy Rachel lived in 2012.  The neighborhood is semi-rural, and though a subdivision, there are fairly large yards surrounding each house.  I am a counselor at a methadone clinic.

2.      My husband works the 5:00 a.m. shift and is awake, daily, by 3:30 a.m. On the morning of May 1, 2012, as he was getting ready for work. I heard a commotion that I initially thought was coming from the rear of the house. We have had trouble with our neighbors behind us in the past, making noise and one of them even attempting to break into our home once, apparently high on drugs, believing he was at his own residence.

3.      I soon realized the noise was not coming from the rear but the front. I went to the front door with my husband. I heard yelling coming from the Rachel front yard and I saw Greg Rachel in the ditch in front of his house. Two Mobile Police Department officers were sitting on top of him and I thought they looked exhausted. Then two more Mobile Police Department officers arrived in their cars.  I saw the four officers lift Greg Rachel from the ditch by each limb. He was face down, with restraints on his hands and legs. As they lifted him up, he went completely limp. It was then I realized something was seriously wrong.

4.      I honestly believe that the police officers were really agitated from resisting and I think that they were being aggressive. The police officers looked worn out and appeared to be agitated.

Page **1** of **2**

Initials _____

5.      I gave a statement to the Mobile Police Department on June 8, 2012 and on page 9 of that statement, I stated that the police officers were pretty aggressive. I could see that one of the police officers was sitting on top of him and when car lights approached, I could see he was holding him down as long and as hard as he could because he didn't want to let him loose.

6.      My husband went to see if Greg Rachel needed medical assistance as he is a licensed paramedic. He stayed with Greg Rachel until the Mobile County EMTs arrived.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: _3/5/15_      Signature: _Nicole Drollips_

Address: _3410 Plantation court Mobile, AC 36685_

Phone(s): _205- 499- 0167_

Initials _____

Report of Interview
**Nicole (Nikki) Michelle Phillips**
3410 Plantation Court
Mobile, AL  36695

Nicole (Nikki) Phillips was interviewed at her residence on 10/04/2012.   Her email is
holypants83@yahoo.com.  The Phillips residence is perpendicular to the Rachel residence across
the street.  N. Phillips is a counselor at a Methadone clinic.

N. Phillips said her husband works the 5:00 AM shift and is awake by 3:30 AM.  On 05/01/2012
Phillips heard a commotion which she initially thought was coming from the rear of his house.
She and her husband have had trouble multiple times with the neighbors (Kristy Adams and
family).   The father of Kristy Adams had previously tried to get into their house one night
through a back window.  Adams was naked and apparently high on drugs at the time.  He though
he was at his house.  N. Phillips went to the front door with her husband.  She heard yelling from
the Rachel front yard.  She looked out her front door and saw Greg Rachel in the ditch in front of
his house.  Two MPD officers were sitting on top of him.  N. Phillips thought the two MPD
officers looked exhausted.  She saw two more MPD officers arrive in their cars.  She watched as
four officers lifted Rachel from the ditch by each limb.  He was face down, with restraints on his
hands and legs.  Phillips said as they lifted Rachel he went completely limp.  She realized
something was very seriously wrong with him.

*Henry L. Neal*

Henry L. Neal
Emerald I, Inc.

12130F

I declare under penalty of perjury
that the foregoing is true and correct.
Executed on: _3/5/15_
_Nicole Phillips_