# EXHIBIT "N"

## DECLARATION OF PATRICK JOSEPH PHILLIPS

My name is PATRICK JOSEPH PHILLIPS. I am over the age of 19 and resident of Mobile County, Alabama. The following information is based upon my personal information:

1. I live with my wife, Nicole (Nikki) Michelle Phillips, at 3410 Plantation Court, Mobile, Alabama, 36695. My house is perpendicular from the house in which Greg and Amy Rachel lived in 2012. The neighborhood is semi-rural, and though a subdivision, there are fairly large yards surrounding each house. I am a licensed paramedic with Acadian Ambulance in Jackson County, Mississippi.

2. I work the 5:00 a.m. shift and I get up every day at 3:30 a.m. On the morning of May 1, 2012, as I was getting ready for work. I heard a commotion that my wife and I initially thought was coming from the rear of the house. We have noisy, problematic neighbors in that direction.

3. I soon realized the noise was not coming from the rear but the front. I went to the front door and exited my home. I realized it was Greg Rachel and two Mobile Police Department officers in Rachel's front yard. I heard Greg Rachel say "no, no, no". Rachel was near the ditch in his front yard.

4. I returned to my bedroom and got dressed for work while my wife stayed at the front door. She told me, about 10 minutes later, "I think he (Rachel) is playing dead".

5. I walked across the road and identified myself as an EMT to the Mobile Police Department officers. I asked if they needed any help. The two white officers asked me if I would look at Rachel. Rachel was, at that time, on the road side of the ditch. I rolled Rachel on his back and realized he had no pulse. I asked the Mobile Police Department officers to remove the steel cuffs from Rachel's arms and legs, which they did. I also asked the officers if they had any

Page 1 of 2

Initials _____

Initials _____

medical history on Rachel. They indicated they had no idea. Once of the officers told me they had tasered Rachel twice.

6. I thought the officers looked worried. I told the officers I thought Rachel was dead, but started compressions, which I continued until the Mobile County EMTs arrived on scene.

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 3/5/15    Signature: _____

Address: 3410 Plantation Ct Mobile AL 36695

Phone(s): (205) 240-5511