# EXHIBIT "O"

**CARL WARREN ADAMS, M.D.**

1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION


CASE NO:   1:13-CV-00522-WS-M


AMY RACHEL, as Administratrix of

the Estate of GREGORY RACHEL,

Deceased,

   Plaintiff,

      vs

CITY OF MOBILE, ALABAMA;

MICHAEL T. WILLIAMS, individually

and in his official capacity as

Chief of Police of the City of

Mobile; CHRISTOPHER MCCANN;

JOHN JACKSON; GERALD RIPPLE;

and EDWARD ELIA,

   Defendants.


         S T I P U L A T I O N S


 IT IS STIPULATED AND AGREED by and

between the parties, through their respective

counsel, that the deposition of CARL WARREN

## CARL WARREN ADAMS, M.D.

2

```
 1   ADAMS, M.D. may be taken before MARGARET C.
 2   TURNER, CCR, RPR, Commissioner, at The Law
 3   Firm of Burr Adams, 11 North Water Street,
 4   Suite 22200, Mobile, Alabama, 36602, on the
 5   6th day of January, 2015.
 6          IT IS FURTHER STIPULATED AND AGREED
 7   that the signature to and the reading of the
 8   deposition by the witness is not waived, the
 9   deposition to have the same force and effect
10   as if full compliance had been had with all
11   laws and rules of Court relating to the
12   taking of depositions.
13    IT IS FURTHER STIPULATED AND AGREED
14   that it shall not be necessary for any
15   objections to be made by counsel to any
16   questions except as to form or leading
17   questions, and that counsel for the parties
18   may make objections and assign grounds at the
19   time of the trial or at the time said
20   deposition is offered in evidence or prior
21   thereto.
22    IT IS FURTHER STIPULATED AND AGREED
23   that the notice of filing of the deposition
24   by the Commissioner is waived.
25
```

**CARL WARREN ADAMS, M.D.**

222

1  ask for them.  I do notice there's a -- just
2  a point -- that they did take vitreous humor,
3  and they did take urine.
4       Q       Yeah, I didn't understand.
5       A       I know.  Then they said it was not
6  applicable.  I don't understand that.
7       Q       So then you get to your commentary
8  and your opinion.  You say, it's my
9  professional medical opinion that the
10 excessive use of direct current multiple
11 taser rounds and excessive physical force
12 resulted in a cardiac arrhythmia with
13 subsequent cardiopulmonary arrest.
14         So at the end of the day, what is your
15 opinion here?  What are you saying to us?
16      A       It is my opinion, being asked to
17 comment on the cardiac physiology, that this
18 patient, absent any of the comorbidities we
19 mentioned, died from primary cardiac arrest
20 that was induced by taser.
21      Q       And then you go on to say there is
22 no evidence of Excited Delirium related to
23 Mr. Rachel's cardiac event.
24         If I understand what you're telling
25 me, you're just quibbling with her usage of

**CARL WARREN ADAMS, M.D.**

235

```
 1   the heart muscle?
 2        A      That's correct.  Absent ischemia.
 3        Q      So there's absolutely no way to
 4   verify your belief that he could have died as
 5   a result of electrocution from just two ten
 6   second doses of taser current?
 7        A      No.  I'm saying to a reasonable
 8   degree of medical certainty, in the absence
 9   of occlusive coronary artery disease, the
10   absence of myocardial infarct pattern, and in
11   the absence of congestive heart failure, and
12   in the absence of pericarditis, this patient
13   died from an arrhythmia that was induced by a
14   taser.  That's it.
15        Q      I understand that's your opinion.
16   But what I'm saying, in terms of objective
17   physical evidence, not lack of evidence, but
18   actual evidence, is there anything that
19   supports your finding that he died of an
20   arrhythmia due to electrocution?
21        A      His EKG in the emergency
22   department.
23        Q      And what does the EKG in the
24   emergency department show?
25        A      Flat line.
```

**CARL WARREN ADAMS, M.D.**

302

```
 1                CERTIFICATION
 2
 3   STATE OF ALABAMA
 4   CITY OF MOBILE
 5
 6      I do hereby certify that the above and
 7   foregoing transcript of proceedings in the
 8   matter aforementioned was taken down by me in
 9   machine shorthand, and the questions and
10   answers thereto were reduced to writing under
11   my personal supervision, and that the
12   foregoing represents a true and correct
13   transcript of the proceedings given by said
14   witness upon said hearing
15      I further certify that I am neither of
16   counsel nor of kin to the parties to the
17   action, nor am I anywise interested in the
18   result of said cause.
19
20           /s/ Margaret C. Turner
21           Margaret C. Turner, CCR, RPR
22           ACCR NO. 128
23
24
25
```