# EXHIBIT "P"

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

Not Valid Without Attached Page

# ALABAMA
Center for Health Statistics

Page 1 of 2

## ALABAMA CERTIFICATE OF DEATH

State File Number: 101 12-17216

TYPE IN PERMANENT BLACK INK. DO NOT USE GREEN, RED, OR BLUE INK.

County File Number: —

| Field | Value |
|---|---|
| 1. DECEASED—NAME (First Middle Last) | Gregory Keith RACHEL |
| 2. DATE OF DEATH | MAY 01, 2012 |
| 3. COUNTY OF DEATH | MOBILE |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | MOBILE 36608 |
| 5. INSIDE CITY LIMITS | YES |
| 6. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION | PROVIDENCE HOSPITAL |
| 7. IF HOSPITAL (Inpatient, ER or Outpatient, DOA) | ER |
| 8. OF HISPANIC ORIGIN | No |
| 9. RACE | White |
| 10. SEX | Male |
| 11. AGE | 42 YRS |
| 13. DATE OF BIRTH | Sept. 5, 1969 |
| 14. DECEASED'S SOCIAL SECURITY NUMBER | 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 |
| 15. EDUCATION | 12 |
| 16. MARITAL STATUS | Married |
| 17. SURVIVING SPOUSE | Amy Dixon |
| 18. Was Deceased ever in Armed Forces | No |
| 19. STATE OF BIRTH | Alabama |
| 20. RESIDENCE—STATE | Alabama |
| 21. COUNTY | Mobile |
| 22. CITY, TOWN, OR LOCATION AND ZIP CODE | Mobile, 36695 |
| 23. INSIDE CITY LIMITS | Yes |
| 24. STREET AND NUMBER | 9782 Estate Dr. |
| 25. INFORMANT—Name and Address | 9782 Estate Dr., Amy Rachel Mobile, AL 36695 |
| 26. USUAL OCCUPATION | Truck Driver |
| 27. KIND OF BUSINESS OR INDUSTRY | Towing Service |
| 28. FATHER—NAME | Robert Rachel |
| 29. MAIDEN NAME OF MOTHER | Doris Quinley |
| 30. DISPOSITION OF BODY | Burial |
| 31. DATE OF DISPOSITION | May 5, 2012 |
| 32. CEMETERY OR CREMATORY | Valhalla Mem. Gardens |
| 33. LOCATION | Semmes, AL |
| 34. FUNERAL HOME | Valhalla Memorial F/H, P.O. Box 318 Semmes, AL 36575 |
| 35. FUNERAL DIRECTOR—Signature | (signed) |
| 36. DATE SIGNED BY FUNERAL DIRECTOR | May 4, 2012 |

37. __ Certifying Physician    X Medical Examiner __ Coroner
STATE MEDICAL EXAMINER
Signature: Staci A. T__ M.D.

38. DATE SIGNED: MAY 08, 2012

39. TIME AND DATE OF DEATH / 40. DATE AND TIME PRONOUNCED DEAD: MAY 01, 2012  4:46 A.M.

41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH: STACI A. TURNER, M.D., S.M.E.

42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: P.O. BOX 7925, MOBILE, AL 36670

43. CERTIFIER LICENSE NUMBER: 29564

44. REGISTRAR—Signature: (signed)

45. DATE FILED: May 21, 2012

## MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death...

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) a. | PENDING | |
| DUE TO (OR AS A CONSEQUENCE OF): b. | Revised Medical Certification Attached | |
| DUE TO (OR AS A CONSEQUENCE OF): c. | | |
| DUE TO (OR AS A CONSEQUENCE OF): d. | | |

47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

48. WAS THERE A PREGNANCY IN LAST 42 DAYS: —

49. MANNER OF DEATH: PENDING

50. AUTOPSY: YES

51. If yes, were findings considered in determining cause of death?: YES

52. HOW INJURY OCCURRED:

53. DATE OF INJURY:

54. HOUR OF INJURY: M

55. INJURY AT WORK:

56. PLACE OF INJURY:

57. LOCATION OF INJURY:

This is a legal record and must be filed within five (5) days after death.

MAY 24 2012

ADPH-HS-2/Rev. 17-93

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00001

THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

Attachment Page

Page 2 of 2

# ALABAMA
Center for Health Statistics

Amendment No. **038429**

## ALABAMA
## Supplemental Medical Certification

This Supplemental Medical Certification replaces any Medical Certification shown on previous pages for the record identified below.

**INFORMATION FROM ORIGINAL RECORD:**

Certificate No. **2012-17216**

Name **Gregory K. RACHEL**           Date of Death **May 1, 2012**

County of Death **Mobile**           File Date **May 21, 2012**

### MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE.

IMMEDIATE CAUSE (Final disease or condition resulting in death) → **Excited Delirium**

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially, list conditions, if any, leading to immediate cause: Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

DUE TO (OR AS A CONSEQUENCE OF):

47. PART II: Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

48. WAS THERE A PREGNANCY IN LAST 42 DAYS? (Specify Yes, No, or Unk.)

49. MANNER OF DEATH (Specify — Accident, Homicide, Suicide, Undetermined Circumstances, Pending Investigation, Natural Cause)
**Homicide**

50. AUTOPSY (Specify Yes or No) **Yes**

51. If yes, were findings considered in determining cause of death? (Specify Yes or No) **Yes**

52. HOW INJURY OCCURRED (Enter nature of injury in Item 46, Part I or Item 47, Part II)
**Stress associated with struggle/restraint**

53. DATE OF INJURY (Month, Day, Year) **unknown**

54. HOUR OF INJURY **unknown**

55. INJURY AT WORK (Specify Yes or No) **No**

56. PLACE OF INJURY -- (Specify at home, farm, street, factory, office building, etc.) **Home**

57. LOCATION OF INJURY (Street or R.F.D. No., City or Town, State) **9782 Estate Dr.**

Signature of Certifier           Date Signed **1/2/13**

The above Medical Certification as provided by the certifier is hereby made a part of the record concerned. Done this **9th** day of **January**, **2013**.

By **Kimberly Smith**
    Recording Clerk

ADPH-HS-91/Rev. 3-03

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2013-110-885-9

January 11, 2013

**Catherine Molchan Donald**
State Registrar of Vital Statistics

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00002