# EXHIBIT "Q"



**ALABAMA**
**DEPARTMENT OF FORENSIC SCIENCES**

P O BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM ST
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5816

December 27, 2012

The Honorable Ashley Rich
District Attorney
13th Judicial Circuit
P.O. Box 2841
Mobile, AL 36652

Reference: Case No. 12MB-04636
Gregory K. Rachel, Subject

Dear Ms. Rich:

In response to your request, examinations and analyses have been conducted by the Alabama Department of Forensic Sciences relative to the above referenced case.

Enclosed are the following reports:

1. Report of Autopsy.
2. Toxicological Analysis Report.

Collectively, these documents constitute the complete Alabama Department of Forensic Sciences report in this case.

If we can be of further assistance, please do not hesitate to contact us.

Sincerely yours,

Staci A. Turner, M.D.
State Medical Examiner

SAT/zw

cc: Det. Don Pears – Mobile Police Department (M120500006)

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00003



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 7925
MOBILE, ALABAMA 36670
(251) 471-7026

2451 FILLINGIM STREET
MOBILE, ALABAMA 36617
FACSIMILE (251) 470-5816

# REPORT OF AUTOPSY

**CASE NO.:** 12MB04636  **DATE:** May 01, 2012
**TIME:** 1020 hours

**NAME:** GREGORY KEITH RACHEL  **DATE OF DEATH:** May 01, 2012

**COUNTY:** Mobile

**AGE:** 42 years  **RACE:** W  **SEX:** M  **LENGTH:** 75 ½ inches  **WEIGHT:** 252 pounds

## FINAL DIAGNOSES

I. Excited delirium:
   A. Clinical history of behavior consistent with mental illness/psychosis.
   B. Clinical history of bizarre and violent behavior.
   C. Clinical history of a prolonged struggle with restraint.
   D. Clinical history that the decedent became unresponsive immediately after the struggle, with no response to CPR.

II. Cutaneous abrasions and contusions.

III. Hypertensive cardiovascular disease:
   A. Cardiac hypertrophy (510 grams).
   B. Microscopic findings consistent with hypertension.

**CAUSE OF DEATH:** Excited delirium.

**MANNER OF DEATH:** Homicide.

Page 1 of 5

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00004

Case #  12MB04636
Name    GREGORY KEITH RACHEL

## EVIDENCE OF INJURY

A 1/4-inch abrasion is on the right side of the forehead. A 4-1/2 by 2-1/2 inch area of irregular abrasion is on the left cheek and left side of the neck. A 1-1/2 inch cluster of irregular and punctate abrasion is on the right side of the chin. A 2-1/2-inch cluster of irregular and punctate abrasion is on the right anterior neck. A small amount of hemorrhage is within the left temporalis muscle.

An abraded contusion and a contusion are on the right shoulder. A 2-inch contusion and a 3-inch linear abrasion are on the left anterior chest. Three 1/4-inch yellow, punctate abrasions are on the left side of the abdomen. A 1-inch abrasion is on the right side of the abdomen. A 2-inch abrasion is within the left inguinal region. A 6 by 1-inch band-like abrasion is on the right side of the back.

A 4-inch area of abraded contusion is on the right upper arm. A 1-inch contusion is on the right upper arm. A 1-inch contusion is on the right forearm. A 1/4-inch abrasion is on the right anterior forearm. A 1/2-inch contusion and two 1/4-inch contusions are within the left axilla. A 1/2-inch abrasion is on the left upper arm. Two small contusions and two small abrasions are on the right posterior forearm.

A 1/2-inch abrasion is on the left lateral knee. Two 1/2-inch abrasions and a 1-inch abrasion are on the left anterior lower leg. A large area of subcutaneous hemorrhage underlies the 1-inch abrasion. A 1/2-inch abrasion is on the right anterior lower leg.

Two band-like contusions are on the left posterior wrist; each measures 2 by 1/4-inch. A band-like contusion is on the right posterior wrist; it measures 1 by 1/4-inch. A band-like contusion is on the left lateral ankle; it measures 2 by 1/4-inch. A band-like contusion is on the right medial ankle; it measures 2 by 1/4 inches. Small subcutaneous hemorrhages underlie the contusions on the wrist and ankles.

## EXTERNAL EXAMINATION

The following excludes the previously described injuries.

The body is that of a well-developed, well-nourished White man whose appearance is compatible with the stated age of 42 years. The body, when nude, weighs 252 pounds and is 75-1/2 inches long. The body is warm, rigor is fully developed, and the posterior red-purple lividity is partially fixed. The scalp hair is gray. The irides are blue and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. Facial hair consists of a mustache, and stubble. The ears, nose, and lips are normally formed. The teeth are natural. The neck, chest and breasts are symmetrical. The abdomen is flat. The external genitalia, anus, and perineum are unremarkable. The extremities are well developed and symmetrical. The buttocks are atraumatic. The body is well preserved, and not embalmed.

Identifying marks and scars consist of an irregular scar on the left medial thigh and knee.

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00005

Case #  12MB04636
Name    GREGORY KEITH RACHEL

## EVIDENCE OF MEDICAL INTERVENTION

An endotracheal tube is in the mouth. Multiple EKG pads are on the body. An intraosseous catheter is in the left lower extremity. An intravascular catheter is in the right hand.

## INTERNAL EXAMINATION

The following excludes the previously described injuries.

SEROSAL CAVITIES: The thoracic and abdominal organs are in their normal anatomic positions. The body cavities contain no adhesions or abnormal collections of fluid.

CENTRAL NERVOUS SYSTEM: The brain weighs 1650 grams. The scalp and skull are unremarkable. The dura and dural sinuses are unremarkable. There are no epidural, subdural, or subarachnoid hemorrhages. The leptomeninges are thin and delicate. The cerebral hemispheres are symmetrical with a normal gyral pattern. The cranial nerves and blood vessels are unremarkable. Sections through the cerebral hemispheres, brainstem and cerebellum are unremarkable. There are no hemorrhages in the deep white matter or the basal ganglia. The cerebral ventricles contain no blood.

NECK: Anterior neck dissection reveals no hemorrhages within the soft tissue or neck musculature. The soft tissues and prevertebral fascia are unremarkable. The hyoid bone and larynx are intact. The tongue is normally formed and atraumatic. No fractures of the cervical spine are visualized or palpated.

CARDIOVASCULAR SYSTEM: The heart weighs 510 grams. The aorta and its major branches and the great veins are normally distributed. The intimal surface of the abdominal aorta is free of atherosclerosis. The pericardium, epicardium and endocardium are smooth, glistening and unremarkable. There are no thrombi in the atria or ventricles. The foramen ovale is closed. The coronary arterial system is right predominant and free of atherosclerosis. The atrial and ventricular septa are intact. The cardiac valves are normally formed. The myocardium is dark red-brown and firm, and there are no focal abnormalities.

RESPIRATORY SYSTEM: The right lung weighs 510 grams, and the left lung weighs 420 grams. The upper airway is unobstructed. The laryngeal mucosa is smooth and without petechiae. The pleural surfaces are smooth and shiny. The pulmonary arteries contain no emboli. The major bronchi are patent. Sectioning of the lungs disclose a dark red-blue, moderately congested parenchyma.

HEPATOBILIARY SYSTEM: The liver weighs 3120 grams and is covered by a smooth, glistening capsule. The parenchyma is dark red-brown and moderately congested. The gallbladder contains no calculi. The extrahepatic biliary ducts are unremarkable.

GASTROINTESTINAL SYSTEM: The esophageal mucosa is gray, smooth, and unremarkable. The stomach contains approximately 600 milliliters of brown liquid. No tablets or capsules are in the stomach. The gastric mucosa has normal rugal folds and there are no ulcers. The small and large intestines are

Page 3 of 5

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00006

Case #     12MB04636
Name       GREGORY KEITH RACHEL

normally distributed. The appendix is present. The pancreas is unremarkable externally and on sectioning.

GENITOURINARY SYSTEM: The right kidney weighs 340 grams, and the left kidney weighs 270 grams. The renal subcapsular surfaces are smooth and slightly lobulated. The cortices are of normal thickness. The calyces, pelves, and ureters are unremarkable. The urinary bladder contains approximately 80 milliliters of clear yellow urine. The mucosa is gray, smooth, and without focal lesion. The prostate gland is unremarkable.

ENDOCRINE SYSTEM: The thyroid and adrenal glands are unremarkable externally and upon sectioning. The parathyroid glands are not identified. The pituitary gland is normal in size and shape.

IMMUNOLOGICAL SYSTEM: The spleen weighs 430 grams and is covered by a smooth, blue-gray, intact capsule. The parenchyma is dark red. The lymph nodes are unremarkable.

MUSCULOSKELETAL SYSTEM: The clavicles, ribs, sternum, pelvis, and vertebral column have no fractures. The diaphragm is intact. The muscles are normally formed.

HEMATOPOIETIC SYSTEM: The maroon marrow of the ribs is unremarkable.

## ANCILLARY STUDIES

POSTMORTEM RADIOGRAPHS, CHEMISTRIES, GENETIC STUDIES AND MICROBIOLOGY: None.

MICROSCOPIC EXAMINATION:
Heart – Scattered hypertrophied myocytes; medial thickening of small intramyocardial arteries.
Lungs – Alveolar blood extravasation; alveolar overexpansion with focal septal and interstitial fibrosis; patchy atelectasis.
Liver – Mild mixed steatosis; single focus of lobular chronic inflammation.
Kidney – Arteriolar hyaline sclerosis.
Brain – No significant pathologic abnormalities.

TOXICOLOGY: Blood, vitreous, and urine are collected (see separate report).

## LOGISTICS

AUTHORIZATION: Act No. 87-525, Acts of Alabama.

IDENTIFICATION: The body is positively identified by Matt May - Newman's Ambulance Service.

PERSONS PRESENT: Olivette Fluker – Autopsy Technician; Alan Fields – ADFS; Donald Pears – Mobile Police Department; Jeremy March – Mobile Police Department.

Page 4 of 5

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00007

Case #     12MB04636
Name     GREGORY KEITH RACHEL

EVIDENCE: Photographs, fingerprints, palm prints, DNA card (2), blood, urine, vitreous, and tissue.

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

_____
Staci Turner, MD
State Medical Examiner

December 19, 2012
Date Signed

SAT//zw

CONFIDENTIAL
Produced Pursuant to Protective Order

Rachel v. City of Mobile
City of Mobile's Initial Disclosures
CITY 00008