# EXHIBIT "W"

## DECLARATION OF AMY FRESH

My name is AMY FRESH. I am over the age of 19 and resident of Mobile County, Alabama. The following information is based upon my personal information:

Attached to my declaration are three pictures. I am familiar with all the locations in these pictures and can state that they accurately reflect the areas around my house on May 1, 2012.

Picture #1 shows an overhead image of the Rachel residence displaying the proximate locations of Greg Rachel (GR1) when he first came out of the house and his location when he was around the ditch (GR2). Kristie Adam's house is seen in the lower left. The Phillips house is below the Adams' on Plantation. The Browns' were across the street from the Rachel house on Estate. The picture shows the large street lamp over the Rachel driveway. The first two police to arrive parked outside the Adams' house. (Ex ___ to Plaintiff's Brief in Response to Motions for Summary Judgment filed by Christopher McCann, John Jackson, and the City of Mobile, Alabama.)

Picture #2 shows the view from the Rachel house front door towards the intersection of Plantation and Estate. The house to the right is the Adams' where I went to call the police. The Phillips' residence, 3410 Plantation Ct, is barely visible in the left center of the photo. (Ex ___ to Plaintiff's Brief .)

Picture #3 shows the view from the front door of the Rachel residence looking towards the south. The Brown residence, 3377 Plantation Ct, is immediately across the street. The large pole to the immediate left of the Rachel driveway was a light pole which illuminated the driveway and the area around the mailbox and ditch in front of the house. (Ex ___ to Plaintiff's Brief.)

I declare under penalty of perjury that I have read the foregoing Declaration and that the information is true and correct.

Today's Date: 3/9/2015     Signature: *Amy Fresh*

9782 estate dr, mobile - Google Maps                    http://maps.google.com/maps?oe=utf-8&rls=org.mozilla:en-US:official&client=firefox-a&c...



1 of 1                                                                                  11/8/2012 11:55 AM

This is an overhead of the immediate neighborhood to the Rachel residence.   The Brown and
Phillips residences are marked for reference.

11/8/2012

 Hank Neal
Hank Neal

Signed by: Hank Neal

9782 estate dr, mobile - Google Maps                        http://maps.google.com/maps?oe=utf-8&rls=org.mozilla:en-US:official&client=firefox-a&chan...





1 of 2                                                                                  11/8/2012 11:59 AM

Overhead image of the Rachel residence displaying the proximate locations of Lamar Dixon when he first saw the attack by the MPD on G. Rachel (LD1 to GR1, about 42 yds.) and his location when he returned to the scene and saw G. Rachel in the ditch (LD2 to GR, about 38 yds.).  The original field notes for this image are retained in the case file.



View to the SW from the sidewalk at the front of the Rachel residence. The residence to the far right in the photo is where A. Rachel fled with her children. The Phillips's residence, 3410 Plantation Ct, is barely visible in the left center of the photo. Patrick Phillips is the registered EMT who provided immediate assistance to G. Rachel. It was his professional opinion G. Rachel was dead when he started compressions on him.