IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY RACHEL, as Administratrix of the Estate of GREGORY RACHEL, Deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:13-CV-00522-WS-M ) |
| CITY OF MOBILE, ALABAMA; CHRISTOPHER MCCANN; JOHN JACKSON; and GERALD RIPPLE, | ) ) ) ) |
| Defendants. | ) |

**OBJECTION TO PLAINTIFF'S SUBMISSION OF EVIDENTIARY MATERIALS IN OPPOSITION TO SUMMARY JUDGMENT**

COMES NOW the Defendant, City of Mobile and objects to the Plaintiff's Submission of Evidentiary Material and Opposition to Summary Judgment as follows:

1. Defendant objects to Exhibit "B", the statement of Kristi Adams on the grounds that it is hearsay and it is not sworn testimony.

2. Defendant objects to Exhibit "H", Declaration of Tiffany Brown paragraphs 6, 8, 11, 12 & 13 on the basis of hearsay. In addition, Defendant objects to paragraph 16 on the grounds that Tiffany Brown is not qualified to give opinion

23139349 v1

testimony in this regard: "In my opinion, the officers were hitting the man completely unnecessarily."

3. Defendant objects to Exhibit "M", to the extent that it includes a report of interview by the investigator for Plaintiff, Henry L. Neal, and as such is hearsay.

4. Defendant objects to Exhibit "V", the Declaration of George Kirkham, because it inappropriately expands Kirkham's four pages of opinions to seventeen pages, and Kirkham never supplemented his opinions. This exhibit is the subject of a Motion to Exclude filed contemporaneously herewith, and many of Kirkham's opinions including paragraphs 6-7, 11-14, 19-21, 23, 25-29, 35-36, 38, 44, 48, 50-52, 54-56, are improper as invading the province of the jury, stating legal conclusions, being unhelpful and unreliable, being overly prejudicial, being speculative, and being outside of his area of expertise, all of which will be the subject of a *Daubert* challenge and motion in limine.

Respectfully submitted,

*/s/ Betsy P. Collins*
MICHAEL D. STRASAVICH (STRAM9557)
Email: mstrasavich@burr.com
BETSY P. COLLINS (COLLB9715)
Email: bcollins@burr.com
RICARDO A. WOODS (WOODR1019)
Email: rwoods@burr.com
Attorneys for Defendant
City of Mobile, Alabama

**OF COUNSEL:**
Burr & Forman LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 23rd day of March, 2015:

Erik S. Heninger, Esquire
Drew Haskins, IV, Esquire
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, Alabama 35203

Henry Brewster, Esquire
Henry Brewster, LLC
205 N. Conception Street
Mobile, Alabama 36603

Dixie Dan Powell, Esquire
Powell Injury Law, P.A.
602 S. Main Street
Crestview, Florida 32536

Latisha Rhodes Davis, Esquire
Mark A. Newell, Esquire
Armbrecht Jackson LLP
63 South Royal Street
1300 Riverview Plaza
Mobile, Alabama 36602

Thomas O. Gaillard, III, Esquire
Satterwhite, Druhan, Gaillard
    & Tyler, LLC
1325 Dauphin Street
Mobile, Alabama 36604

James D. Brandyburg, Esquire
The Brandyburg Firm, P.C.
51 Tacon Street, Suite D
Mobile, Alabama 36607

                                   */s/ Betsy P. Collins*
                                    OF COUNSEL