# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| AMY RACHEL, as Administratrix of the Estate of GREGORY RACHEL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOBILE, ALABAMA; CHRISTOPHER MCCANN; JOHN JACKSON; and GERALD RIPPLE,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  CASE NO. 1:13-CV-00522-WS-M |

## CITY OF MOBILE'S OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURE OF EXHIBITS

Comes now Defendant, City of Mobile, Alabama by and through undersigned counsel of record, and submits the following objections to Plaintiff's Exhibit list:

| No. | Description | Marked | Admitted | Objection |
|---|---|---|---|---|
| 1 | Statement of Kristie Adams (Exh. B to Plaintiff's Evidentiary Filing; CITY 00505-509) | | | Hearsay (Rules 801, 802, 803 and 804) Relevance/Prejudice (Rules 402 and 403) Authenticity/Foundation (Rule 901) |
| 2 | Statement of Christopher McCann (Exh. E to Plaintiff's Evidentiary Filing; CITY 00534-544) | | | |

| No. | Description | Marked | Admitted | Objection |
|---|---|---|---|---|
| 3 | Affidavit of Jerald Ripple (Exh. F to Plaintiff's Evidentiary Filing) | | | |
| 4 | Photographs of Scene (attachments to Exh. W to Plaintiff's Evidentiary Filing) | | | Hearsay (Rules 801, 802, 803 and 804) Relevance/Prejudice (Rules 402 and 403) Authenticity/Foundation (Rule 901) |
| 5 | Diagram of Scene (CITY 00045) | | | |
| 6 | Photographs of Scene (CITY 00046-133; CITY 00193-230) | | | |
| 7 | Photographs of Officers and Taser (CITY 00231-327) | | | |
| 8 | Maps (CITY 00837-847) | | | |
| 9 | Audio Segments or Recordings of EMS, Mobile Police Dept. and/or 911 and any related transcripts of same (CITY 00442-446) | | | |
| 10 | Taser Download - X26 (CITY 00858-859) | | | |
| 11 | Taser Download - M26 (CITY 00848-856) | | | |
| 12 | Less Lethal Munitions Report (CITY 00431-434) | | | |
| 13 | Event Chronology (CITY 00011-16) | | | |
| 14 | Gregory Rachel's Note (attached as Exh. 5 to Deposition of Amy Rachel Fresh) | | | |

2

| No. | Description | Marked | Admitted | Objection |
|-----|-------------|--------|----------|-----------|
| 15 | Domestic Violence Supplemental Report (CITY 00026-27) | | | |
| 16 | Property Report (CITY 00033-34) | | | |
| 17 | Investigative Narrative of Stephen Welch (CITY 00036) | | | |
| 18 | Investigative Narrative of Sgt. Campbell (CITY 00037-38) | | | |
| 19 | Warning & Consent to Speak of Christopher McCann (CITY 00533, as amended) | | | Relevance/Prejudice (Rules 402 and 403) |
| 20 | Warning & Consent to Speak of John Jackson (CITY 00546, as amended) | | | Relevance/Prejudice (Rules 402 and 403) |
| 21 | Warning & Consent to Speak of Jerald Ripple (CITY 00555, as amended) | | | Relevance/Prejudice (Rules 402 and 403) |
| 22 | Alabama Uniform Incident/Offense Report (CITY 00017-18; and CITY 00019-24, original) | | | |
| 23 | Map of Scene (attached as Exh. 1 to Deposition of Amy Rachel Fresh) | | | |
| 24 | Death Certificate & Supplement (Exh. P to Plaintiff's Evidentiary Filing; CITY 00001-2) | | | |
| 25 | Autopsy Report (Exh. Q. to Plaintiff's Evidentiary Filing; CITY 00003-8) | | | |

| No. | Description | Marked | Admitted | Objection |
|---|---|---|---|---|
| 26 | Photographs of Decedent (CITY 00328-366) | | | |
| 27 | Diagram of Injuries to Gregory Rachel (CITY 00435) | | | |
| 28 | Invoice from Valhalla Memorial Funeral Home and processed check for payment of same (produced in Plaintiff's Responses to Defendant Christopher McCann's First Request for Production of Documents) | | | This was not properly disclosed under the FRCP; hearsay (Rules 801, 802, 803 and 804); relevance/prejudice (Rules 402 and 403); foundation (Rule 901) |
| 29 | Statement of Account from Serenity Funeral Home (produced in Plaintiff's Responses to Defendant Christopher McCann's First Request for Production of Documents) | | | This was not properly disclosed under the FRCP; hearsay (Rules 801, 802, 803 and 804); relevance/prejudice (Rules 402 and 403); foundation (Rule 901) |
| 30 | Providence Hospital's Medical Records re: Gregory Rachel (produced in Plaintiff's correspondence to Defendants dated 1/6/15; attached as Exhibit 57 to Deposition of Dr. Carl Adams) | | | |
| 31 | Emergency Medical Associates Medical Records and Bills (produced in Plaintiff's 9/29/14 correspondence to Defendants) | | | |

| No. | Description | Marked | Admitted | Objection |
|---|---|---|---|---|
| 32 | Emergency Response Record re: Gregory Rachel (produced in Plaintiff's 9/29/14 correspondence to Defendants) | | | |
| 33 | Mobile Fire & Rescue's Medical Records and Bills re: Gregory Rachel (produced in Plaintiff's 9/29/14 correspondence to Defendants) | | | |
| 34 | Mobile Fire & Rescue Report (CITY 00423-425) | | | |
| 35 | Toxicology Report (CITY 00009-10) | | | Completeness |
| 36 | Autopsy Report (CITY 000003-8) | | | |
| 37 | Letters of Administration (produced in Plaintiff's Responses to Defendant Christopher McCann's Request for Production of Documents) | | | |
| 38 | Alabama Dept. of Forensics' / Mr. Spark's January 28, 2013 Letter enclosing Autopsy Report and Toxicology Report (produced in Plaintiff's Responses to Defendant Michael William's Request for Production of Documents) | | | |
| 39 | Photos of Gregory Rachel and his family (produced in Plaintiff's 10/22/14 letter to Defendants). | | | Relevance/Prejudice (Rules 402 and 403); foundation (Rule 901) |

| No. | Description | Marked | Admitted | Objection |
|---|---|---|---|---|
| 40 | Tax returns for Gregory Rachel the three years preceding his death. | | | These were not properly disclosed; hearsay (Rules 801, 802, 803 and 804); relevance/prejudice (Rules 402 and 403); foundation (Rule 901) |
| 41 | August 20, 2014 Case File Report of AL Dept. of Forensic Sciences (attached as Exh. 74 to Deposition of Dr. Carl Adams) | | | |
| 42 | News Clip re: Gregory Rachel (attached as Exh. 25 to Deposition of Amy Rachel Fresh) | | | Relevance/Prejudice (Rules 402 and 403); Hearsay (Rules 801, 802, 803 and 804); Foundation (Rule 901) |
| 43 | Obituary and Guestbook re: Gregory Rachel (attached as Exh. 26 to Deposition of Amy Rachel Fresh) | | | Relevance/Prejudice (Rules 402 and 403); Hearsay (Rules 801, 802, 803 and 804); Foundation (Rule 901) |
| 44 | Amy Rachel Fresh's Photos and Poetry re: Gregory Rachel (produced in Plaintiff's 1/20/15 letter to Defendants) | | | Relevance/Prejudice (Rules 402 and 403); Hearsay (Rules 801, 802, 803 and 804); Foundation (Rule 901) |
| 45 | Family Photos and Videos re: Gregory Rachel | | | This was never properly produced or disclosed; relevance/prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901). |

| No. | Description | Marked | Admitted | Objection |
|-----|-------------|--------|----------|-----------|
| 46 | Photographs of Officer Training (CITY 00571-822) | | | |
| 47 | MPD General Order No. 1 (CITY 00367-378) | | | |
| 48 | MPD General Order No. 52 (CITY 00395-400) | | | |
| 49 | MPD MO 2010-01, Taser Policy & Use Report (CITY 00401-409) | | | |
| 50 | MPD Policy MO 2011-03, Recognizing & Handling Persons with Mental Illness (Exh. R to Plaintiff's Evidentiary Filing; CITY 00379-385) | | | |
| 51 | MPD General Order 1.3.5, Medical Aid (Exh. L to Plaintiff's Evidentiary Filing) | | | |
| 52 | The Curriculum Vitae of Dr. George Kirkham (attached as Exh. A to Plaintiff's Designation of Experts dated 9/29/14) | | | Hearsay (Rules 801, 802, 803 and 804) |
| 53 | CALEA Standards, Section 41.2.7 | | | |
| 54 | CALEA Standard, Section 41.2.7(c) | | | |
| 55 | <u>Police Non-Verbal Communication</u>, authored by Kirkham and White (Florida State University and Tallahassee Police Department, 1989) | | | This was never properly disclosed; relevance/ prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901) |

| No. | Description | Marked | Admitted | Objection |
|-----|-------------|--------|----------|-----------|
| 56 | RCMP, <u>Crime and Misconduct Commission</u>, Research and Issues Paper, No. 8, November, 2008 | | | This was never properly disclosed; relevance/ prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901) |
| 57 | <u>American Journal of Forensic Medicine and Pathology</u>, Volume 21 (1), March 2000, pp. 39-52 | | | This was never properly disclosed; relevance/ prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901) |
| 58 | International Association of Chiefs of Police Model City Standards on handling emotional disturbed/mentally ill individuals | | | This was never properly disclosed; relevance/ prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901) |
| 59 | International Association of Chiefs of Police Training Keys on recognizing and reacting to abnormal behaviors | | | This was never properly disclosed; relevance/ prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901) |
| 60 | Police Executive Research Forum standards and training on recognizing and reacting to abnormal behavior | | | This was never properly disclosed; relevance/ prejudice (Rules 402 and 403); hearsay (Rules 801, 802, 803 and 804); foundation (Rule 901) |
| 61 | The Curriculum Vitae of Dr. Carl Adams (attached as Exh. 66 to Deposition of Dr. Carl Adams) | | | Hearsay (Rules 801, 802, 803 and 804) |
| 62 | "Sudden Cardiac Arrest and Death Associated | | | Hearsay (Rules 801, 802, 803 and 804); improper |

| No. | Description | Marked | Admitted | Objection |
|---|---|---|---|---|
|  | with Application of Shocks from a TASER Electronic Control Device" by Douglas Zipes (attached as Exh. 68 to Deposition of Dr. Carl Adams) |  |  | expert (Rules 702, 703, 704 and 705); foundation (Rule 901) |
| 63 | "Conducted Electrical Weapon Use by Law Enforcement: An Evaluation of Safety and Injury" by J. Strote, et al. (attached as Exh. 70 to Deposition of Dr. Carl Adams) |  |  | Hearsay (Rules 801, 802, 803 and 804); improper expert (Rules 702, 703, 704 and 705); foundation (Rule 901) |

•       Defendant City of Mobile, Alabama reserves the right to object to any exhibits for which no proper predicate is laid through appropriate witness.

•       Defendant City of Mobile, Alabama adopts and incorporates by reference, any objections made by the other defendants hereto.

Respectfully submitted,


 */s/ Michael D. Strasavich*
MICHAEL D. STRASAVICH (STRAM9557)
Email:  mstrasavich@burr.com
BETSY P. COLLINS              (COLLB9715)
Email:  bcollins@burr.com
RICARDO A. WOODS        (WOODR1019)
Email: rwoods@burr.com

Attorneys for Defendant
City of Mobile, Alabama

**OF COUNSEL:**
Burr & Forman LLP
RSA Tower
11 North Water Street
Suite 22200
Mobile, Alabama  36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 8th day of April, 2015:

Erik S. Heninger, Esquire
Drew Haskins, IV, Esquire
Heninger Garrison Davis, LLC
2224 1st Avenue North
Post Office Box 11310 (35202)
Birmingham, Alabama  35203
*Attorneys for Plaintiff, Amy Rachel as Administratrix of the Estate of Gregory Rachel, Deceased*

Henry Brewster, Esquire
Henry Brewster, LLC
205 N. Conception Street
Mobile, Alabama 36603
*Attorney for Plaintiff, Amy Rachel as Administratrix of the Estate of Gregory D. Rachel, Deceased*

Dixie Dan Powell, Esquire
Powell Injury Law, P.A.
602 S. Main Street
Crestview, Florida 32536
*Attorney for Plaintiff, Amy Rachel as Administratrix of the Estate of Gregory D. Rachel, Deceased*

Latisha Rhodes Davis, Esquire
Mark A. Newell, Esquire
Armbrecht Jackson LLP
63 South Royal Street
1300 Riverview Plaza
Mobile, Alabama  36602
*Attorneys for Defendant, Christopher McCann*

Thomas O. Gaillard, III, Esquire
Satterwhite, Druhan, Gaillard &
        Tyler, LLC
1325 Dauphin Street
Mobile, Alabama 36604
*Attorney for Defendant, Gerald Ripple*

James D. Brandyburg, Esquire
The Brandyburg Firm, P.C.
51 Tacon Street, Suite D
Mobile, Alabama  36607
*Attorney for Defendant, John Jackson*

*/s/ Michael D. Strasavich*
OF COUNSEL