# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AMY RACHEL, etc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0522-WS-M |
| | ) |
| CITY OF MOBILE, ALABAMA, et al., | ) |
| | ) |
|     Defendants. | ) |

## JUDGMENT

In accordance with the Court's order of June 5, 2015, the plaintiff shall have and recover nothing from defendants City of Mobile, Alabama and Gerald Ripple. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendants City of Mobile, Alabama and Gerald Ripple and against plaintiff Amy Rachel, as Administratrix of the Estate of Gregory Rachel, deceased.

DONE this 5th day of June, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE