IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AMY RACHEL, etc., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 13-0522-WS-M |
| | ) |
| CITY OF MOBILE, ALABAMA, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Defendant McCann has filed a motion to strike the plaintiff's Rule 26(a)(3) disclosure of certain witnesses. (Doc. 188 at 1-2). The plaintiff declined the opportunity to respond. (Doc. 191). Accordingly, and for the reasons stated therein, the motion to strike is **granted**. The plaintiff is precluded from calling Amy Phelps, Megan Clough, Roger Dixon, Joy Dixon, Holly Parnell or Tiane Bryan as a witness at trial.

DONE and ORDERED this 8th day of June, 2015.

                                              s/ WILLIAM H. STEELE
                                              CHIEF UNITED STATES DISTRICT JUDGE