IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| AMY RACHEL, as Administratrix of the Estate of GREGORY RACHEL, deceased; | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 1: 13-00522 |
| CITY OF MOBILE, ALABAMA; MICHAEL T. WILLIAMS, Individually and in his official capacity as Chief of Police of the City of Mobile; Christopher McCann; John Jackson; Gerald Ripple; Edward Elia, | * * * * * * * * * | |
| Defendants. | * | |

## NOTICE OF APPEAL – INTERLOCUTORY

**COMES NOW** the Defendant, Officer Christopher McCann ("Officer McCann") and files this notice of interlocutory appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order on defendants' motion for summary judgment dated June 5, 2015, wherein the Court granted in part, and denied in part, Officer McCann's motion for summary judgment. Officer McCann seeks to appeal only those portions in which the Court denied him qualified immunity from Plaintiff's claims asserted pursuant to 42 U.S.C. §1983 for the alleged violation of Mr. Rachel's (deceased) constitutional rights. Officer

McCann also appeals the denial of state law discretionary function immunity and state law statutory immunity as established by § 6-5-338 of the Alabama Code as it regards Plaintiff's Alabama wrongful death claim.

        Respectfully submitted,

        */s/ Latisha Rhodes Davis*
        MARK A. NEWELL (NEWEM3180)
        LATISHA RHODES DAVIS (RHODL6152)
        *Attorneys for Officer McCann*

        **ARMBRECHT JACKSON LLP**
        63 South Royal Street
        1300 Riverview Plaza
        Mobile, Alabama 36602
        (251) 405-1300
        (251) 432-6843 (fax)
        Email: man@ajlaw.com
        Email: lrd@ajlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 15th day of June, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will electronically serve a filed copy on all counsel of record, including:

Henry H. Brewster, Jr., Esq.
205 N. Conception Street
Mobile, AL  36603-6477

Erik Stephen Heninger, Esq.
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL  35203

Michael David Strasavich, Esq.
Betsy Palmer Collins, Esq.
Ricardo Andrew Woods, Esq.
Burr & Forman, LLP
P. O. Box 2287
Mobile, AL  36652

Thomas O. Gaillard, III, Esq.
Satterwhite, Druhan, Gaillard
    & Tyler Attorneys
1325 Dauphin Street
Mobile, AL  36604

James Brandyburg, Esq.
The Brandyburg Firm, P.C.
2607 Dauphin Street, Suite A
Mobile, AL  36606

Drew Edgar Haskins, IV, Esq.
2224 First Avenue North
Birmingham, AL  35203


　　　　　　　　　　　　　*/s/ Latisha Rhodes Davis*
　　　　　　　　　　　　LATISHA RHODES DAVIS