```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

AMY RACHEL                               :

    Plaintiff,                       :

                                       :

vs.                                      :   CIVIL ACTION 13-522-WS-M

                                       :

CHRISTOPHER MCCANN and
JOHN JACKSON,

                                     :

    Defendant.                       :

<u>ORDER</u>

The Court heard from counsel for the parties this date regarding the status of settlement negotiations. They participated in mandatory mediation required when the appeal was filed with the Eleventh Circuit Court of Appeals and they subsequently had further discussions between counsel, but the action has not settled. Defendants have asked for a rehearing *en banc* but they have not heard from the Court on that motion yet. They will set up another conference call with the undersigned if they believe a settlement conference would be helpful. They were reminded that the final pretrial conference is set for April 12, 2016, at 10 a.m. before Chief Judge Steele.

DONE this the 28th day of March, 2016.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE